B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Grainger, Brian, Charles | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Grainger, Susan, Christine |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 0849 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 6264 |
| Street Address of Debtor (No. and Street, City, and State):<br>3697 Eagle Ct.<br>DeKalb IL    ZIP CODE 60115 | Street Address of Joint Debtor (No. and Street, City, and State):<br>3697 Eagle Ct.<br>DeKalb IL    ZIP CODE 60115 |
| County of Residence or of the Principal Place of Business: DeKalb | County of Residence or of the Principal Place of Business: DeKalb |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| [X] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>[ ] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Other | [X] Chapter 7<br>[ ] Chapter 9<br>[ ] Chapter 11<br>[ ] Chapter 12<br>[ ] Chapter 13<br>[ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>[ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>[ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>[ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    [X] Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| [X] Full Filing Fee attached.<br>[ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>[ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>[ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>[ ] A plan is being filed with this petition.<br>[ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| [ ] 1-49 | [ ] 50-99 | [X] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [X] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [X] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08) | | Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Brian and Susan Grainger |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> Brian C. Grainger and Susan C. Grainger |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Brian C. Grainger_
Signature of Debtor

X _/s/ Susan C. Grainger_
Signature of Joint Debtor

815-739-9542
Telephone Number (if not represented by attorney)

3/22/09
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (10/06)

# UNITED STATES BANKRUPTCY COURT

In re __Brian Grainger__                                  Case No._____
      Debtor(s)                                                  (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

    **Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

    *Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

    ☐ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

    ☒ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (10/06) - Cont

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____.

If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____
Date: 3/23/09

2

B 1D (Official Form 1, Exhibit D) (10/06)

# UNITED STATES BANKRUPTCY COURT

In re: Susan C. Grainger
      Debtor(s)

Case No._____
    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☒ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (10/06) - Cont.

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _/s/ illegible signature_

Date: 3/23/09

2

Creditors – Personal Brian C. and Susan C. Grainger

| Company | Contact | Phone Number | Collection Info. |
|---|---|---|---|
| Verizon North<br>PO Box 9688<br>Mission Hills, CA 91346-9688<br>Account #<br>401696334614577806 | | 1-800-483-1807 | NCO Financial Systems INC<br>PO Box 15391<br>Wilmington, DE 19850-5391<br><br>Account # 8157549080980813 |
| Xcel Energy<br>Northern States Power<br>Company<br>PO Box 9477<br>Mpls., MN 55484-9477<br>Account # 52-6739937-3 | | 1800-895-4999 | The Affiliated Group<br>Po Box 7739<br>Rochester, MN<br>Account # 6739937<br>1-800-859-7435 |
| CenturyTel<br>PO Box 4300<br>Carol Stream, IL 60197-4300<br>Account # 301494381 | | 1-888-646-0004 | PFG of Minnesota<br>7825 Washington Ave S Ste 310<br>Minneapolis, MN 55439-2409 |
| Delnor Community Hospital<br>PO Box 739<br>Moline, IL 61266-0739 | | 1-800-579-3565 | |
| Chase<br>PO Box 9001020<br>Louisville, KY 40290-1020<br>Account 00414830035284 | | 1-800-836-5656 | |
| The Bank of New York<br>Countrywide Home Loans<br>Po Box 650070<br>Dallas, TX 75265-0070<br>Account # 148195330 | | 1-866-653-6183 | |
| Citi Dividend Platinum Select<br>Box 6000<br>The Lakes, NV 89163-6000<br>Account # 5424180563807707 | | 1-800-388-2200 | |
| HSBC Card Services<br>PO Box 37281<br>Baltimore MD 21297-3281<br>Account #5499440906625517 | | 1-800-947-1000 | Corporate Receivables INC<br>Po Box 32995<br>Phoenix, AZ 85064-2995<br>Account # 6004300580572714 |
| Brinks Home Security<br>PO Box 70834<br>Charlotte NC 28272-0834<br>Acct # 112156039 | | 1-800-445-0872 | Collectech Systems<br>Po Box 361567<br>Columbus, OH 43236<br><br>1800-686-8262<br>Client Ref 112156039 |
| Real Time Resolutions Inc<br>1750 Regal Row Suite 120<br>Dallas TX 75235-2287 | | 1-214-599-6363<br>1-866-599-734 | |

Creditors – Personal Brian C. and Susan C. Grainger

| | | | |
|---|---|---|---|
| KCA Financial Services Inc<br>628 North Street<br>PO Box 53<br>Geneva, IL 60134 | | 1-866-372-7062 | |
| AT&T<br>PO Box 8212<br>Aurora, IL 60572-8212 | | 1-800-222-0300 | NCO Financial Systems Inc.<br>PO Box 15740<br>Wilmington, DE 19850-5740<br>1-800-303-1043 |
| Comcast Cable<br>Po Box 3001<br>Southeastern PA 19398-3001 | | 1-866-594-1234 | |
| Citi Card<br>Box 6000<br>The Lakes, NV<br>89163-6000 | | 1-800-388-2200 | |
| Allied Insurance<br>Po Box 10479<br>Des Monines IA 50306-0479 | | 1-800-282-1446 | |
| Credit Management Services<br>9525 Sweet Valley Dr.<br>Valley View, Ohio 44125 | | 1-800-291-4367 | |
| Focus on Women<br>PO Box 2772<br>Carol Stream, IL 60132-2772 | | 1-630-443-4664 | Malcolm S. Gerald and Associates, Inc<br>332 South Michigan Ave Suite 600<br>Chicago, IL 60604<br><br>1-800-265-3796 |
| Midwest Ear, Nose & Throat<br>Consultants, LTD<br>25 N. Windfield RD 519<br>Windfield, IL 60190-1222 | | 1-630-668-2999 | |
| | | | |
| | | | |
| | | | |
| | | | |

Creditors - Personal Brian C. and Susan C. Grainger

| Company | Contact | Phone Number | Collection Info. |
|---|---|---|---|
| Connor Company<br>Corporate Office<br>2800 N.E. Adams St.<br>Peoria, IL 61615<br>Customer # 18619<br><br>Supply Co.<br>694 Heartland Drive<br>Sugar Grove, IL 60554 | Kathy<br><br><br><br><br><br>Jason Long | 309-688-1068<br><br><br><br><br><br>630-466-3284<br>630-466-3897 Fax | |
| Pro-Power<br>1001 Warrenville Road<br>Suite 210<br>Lisle, IL 60532<br>Account # 0008-0754 | | 888-776-7693 | Small Claims Court<br>Case #2008SR000944<br>Mark Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462<br>708-226-2700 |
| HD Supply Water Works<br>PO Box 91036<br>Chicago, IL 60693-1036<br>Account # 134149 | | 815-544-3458 | Euler Hermes UMA<br>Don Paper<br>600 S. 7th St.<br>Louisville, KY 40201-1672<br>800-237-9386<br>502-584-0443 Fax<br>Claim #175434 |
| Gordon's Hardware<br>514 E. Lincoln Hwy.<br>DeKalb, IL 60115<br>Account # 3506 | | 815-756-4511 | |
| Hintzsche Oil<br>P.O. Box 367<br>Maple Park, IL 60151-0367<br>ID #P12079 | Patty or Reed<br>Steve Carlson | 630-557-2929<br>630-557-2406<br>630-557-9390 Fax | |
| RSC Equipment Rental<br>PO Box 840514<br>Dallas, TX 75284-0514<br>Customer # 167259 | Marion<br>Johnson | 763-509-2414 ext.<br>414<br>763-509-2450 Fax | General Auditing Bureau<br>J. Kline<br>PO Box 9658<br>Minneapolis, MN 55440-9658<br>Account # 167529 |
| Lawson Products, Inc.<br>Corporate Headquarters:<br>1666 E. Touhy Ave.<br>Des Plaines, IL 60018-3683<br>Account # 0222368 88587 | | 866-529-7664 | Atradius Collections<br>Kim Groberski<br>1200 Arlington Heights Road, Suite 410<br>Itasca, IL 60143<br>630-227-4779<br>630-227-4717 Fax<br>Case # 0812061735 |
| Rockford Industrial Welding<br>Supply, Inc.<br>4646 Linden Road<br>Rockford, IL 61109<br>Account # 11511 | Brian | 815-226-1900<br>815-226-5617 Fax | |

Creditors – Personal Brian C. and Susan C. Grainger

| | | | |
|---|---|---|---|
| Fastenal Company<br>P.O. Box 978<br>Winona, MN 55987<br>Customer # ILCOR0324<br><br>Supply Company<br>230 W. Stephanie Drive<br>Cortland, IL 60112 | | 815-756-8684<br>815-758-3862 Fax | |
| Metrolift<br>679 Heartland Drive<br>Sugar Grove, IL 60554 | | 888-543-8289<br>630-466-3930 Fax | |
| Yellow Book<br>6300 C. Street SW<br>Cedar Rapids, IA 52404<br>Account # 093561 | | 800-373-2324 | Rauch-Milliken International, Inc<br>Mason Avery<br>P.O. Box 8390<br>Metairie, LA 70011<br>800-237-8430<br>504-834-6063 Fax<br>Account # 180157 |
| Idearc Media<br>P.O. Box 610830<br>DFW Airport, TX 75261-0830<br>Account # 390001592822<br>Account # 390001206830 | | | Allied Consultants<br>Jan<br>866-480-0156 ext. 3097 |
| WDEK-FM Radio<br>Nine FM Newsweb Radio<br>6012 S. Pulaski Road<br>Chicago, IL 60629 | Lucy Jimenez | 773-767-1000<br>773-767-1100 Fax | Szabo Associates Inc.<br>Michael Peterson<br>3355 Lenox Road, N.E.<br>9th Floor<br>Atlanta, GA 30326-1332<br>404-266-2464<br>404-266-2165 Fax<br><br>Also received a letter (dated 12-12-08) from:<br>Fulbright & Associates, p.c.<br>Shawn C. Fulbright<br>1707 E. State St.<br>P.O. Box 1510<br>Rockford, IL 61110-0010<br>815-847-3990<br>815-847-3993 Fax |
| WDKB-FM<br>2201 N. 1st St., Suite 95<br>DeKalb, IL 60115<br>Advertiser ID 241 | David Bavido | 815-758-0950 | |
| Amateur Sports Promotion<br>P.O. Box 712<br>Quincy, IL 62306 | | 800-418-8993 | |

Creditors – Personal Brian C. and Susan C. Grainger

| | | | |
|---|---|---|---|
| Shaw Suburban Media<br>PO Box 250<br>Crystal Lake, IL 60039-0250<br>Account # 10026386 | Debora Jauregui | 815-526-4430 | |
| Graphic Matters<br>1543 Moluf St.<br>DeKalb, IL 60115 | Marcia Thompson | 815-748-7881 | Smith & Tucker LLC<br>1958 Aberdeen Court, Suite 1<br>Sycamore, IL 60178<br>815-787-7033<br>815-748-1020 Fax<br>Case # 09 LM 57<br>File # 2464-001 |
| eWorldLinx, Inc.<br>248 Palmer Court<br>DeKalb, IL 60115 | Mac McIntyre | | |
| Rochelle News-Leader<br>211 Hwy 38 East<br>PO Box 46<br>Rochelle, IL 61068<br>Customer # 3270 | | 815-562-4171<br>815-562-2161 Fax | Transworld Systems Inc.<br>Collection Agency<br>P.O. Box 1864<br>Santa Rosa, CA 95402<br>Account # 37438-0000003270 |
| TCS Computers<br>709 N. 12th St.<br>DeKalb, IL 60115 | Travis Butler | 815-748-8848 | Smith, Wykes & Associates, P.C.<br>513 W. State St.<br>Sycamore, IL 60178<br>815-895-1966<br>815-895-1968 Fax |
| Northern Illinois Disposal<br>P.O. Box 206<br>Waterman, IL 60556-0206 | | 800-930-7321 | ARM Solutions, Inc.<br>P.O. Box 2929<br>Camarillo, CA 93011-2929<br>805-617-0115<br>Client Acct #406132<br>Agency Acct # 518835 |
| Big John Portable Toilet Rentals<br>2508 N. Maryland Road<br>Polo, IL 61064 | | 815-946-2813 | |
| Copy Service, Inc.<br>1005 W. Lincoln Hwy.<br>DeKalb, IL 60115 | | 815-758-1151<br>815-758-1152 Fax | |
| DeKalb County Self Storage, Inc.<br>1005 W. Lincoln Hwy.<br>DeKalb, IL 60115 | | 815-756-3616 | |
| | | | |

Creditors - Personal Brian C. and Susan C. Grainger

| | | | |
|---|---|---|---|
| Acuity<br>2800 S. Taylor Drive<br>Sheboygan, WI 53081<br>Policy # K41972 | | 800-242-7666<br>920-458-1618 Fax | Small Claims - Judgement Entered<br>Fulbright & Associates, P.C.<br>Shawn C. Fulbright<br>Thomas R. Jakeway<br>P.O. Box 1510<br>Rockford, IL 61110-0010<br>815-847-3990<br>Case # 08SC22 |
| Blackhawk DeKalb LLC<br>633 Enterprise Ave., Suite #1<br>DeKalb, IL 60115<br>Rent @ 633 Enterprise<br>Suite 2 & 3 | Ted Heise | 815-754-5830<br>815-754-5831 Fax | |
| Service Gas<br>17742 Somonauk Road<br>PO Box 577<br>Cortland, IL 60112<br>Account #GRAICO | Linda | 815-756-6349 | |
| Brinks Home Security, Inc.<br>PO Box 152235<br>Irving, TX 75015-2235<br>Account # 112201603 | | 800-686-8262 | |
| Gordon Flesch Company Inc.<br>2675 Research Park Drive<br>Madison, WI 53711-4906<br>Customer # 20R263 | | 608-281-2100<br>608-271-9703 Fax | |
| Comcast<br>PO Box 3002<br>Southeastern, PA 19398-3002<br>Account # 8798100880689879 | | 866-594-1234 | Credit Protection Assoc. L.P.<br>P.O. Box 802068<br>Dallas, TX 75380-2068<br>Reference #01452810841 |
| Verizon North<br>P.O. Box 9688<br>Mission Hills, CA 91346-9688 | | | RPM<br>20816 44th Ave. W<br>Lynnwood, WA 98036<br>Reference # 12975204<br>Creditor Account<br>#8157588456060302<br>1-800-618-6705 |
| Destiny Health<br>3577 Collections Center Drive<br>Chicago, IL 60693<br>Group # 101934 | | 312-224-7100<br>312-224-0745 Fax | |
| Capital One Bank<br>P.O. Box 30285<br>Salt Lake City, UY 84130-0285<br>Account # 4791-2426-5367-3783 | | 800-867-0904 | |

Creditors – Personal Brian C. and Susan C. Grainger

| | | | |
|---|---|---|---|
| Pekin Insurance Co.<br>2505 Court St.<br>Pekin, IL 61558-0001<br>Account # 00MDC958 | | | Transworld Systems Inc.<br>9525 Sweet Valley Drive<br>Valley view, OH 44125<br>866-381-9806<br>Account # IE3663 |
| Accident Fund Insurance Co.<br>P.O. Box 77000 – Dept. 77125<br>Detroit, MI 48277-0125<br>Policy # WCV 6041554 00 01 | | | |
| Frankenmuth Insurance<br>One Mutual Ave.<br>Frankenmuth, MI 48787-0001<br>Account # 3042099000 | | 800-288-6121 | Access Receivables<br>Mary Wolfe<br>443-275-1702<br>File # 1368690 |
| State Farm | | | American Recovery Systems Inc.<br>1699 Wall Street, Suite 300<br>Mt. Prospect, IL 60056-5788<br>800-837-1912<br>Account # 005127659 |
| Law Office of Michael P. Coghlan, LLC<br>1958 Aberdeen Court, Suite 2<br>Sycamore, IL 60178 | Mike Coghlan | | |
| Mueller & Co., LLP<br>2230 Point Boulevard, Suite 700<br>Elgin, IL 60123<br>Client ID # 50980 300 (BGCI)<br>Client ID # 56010 200 (GM) | Sharon Koehler | 847-649-8833<br>847-888-0635 Fax | |
| American National Tax & Payroll<br>124 S. Main St.<br>Sycamore, IL 60178 | Jeff Rolczynski | 815-787-5709<br>815-787-2298 Fax | |
| Hank Best<br>5115 New Haven<br>Plainfield IL 60586 | | 630-864-1148 | |
| Sterling United<br>P.O. Box 300639<br>Fern Park, FL 32730<br>Client # 10650 & 11461 | | 800-584-7440 | |
| Matt Personette<br>Prudential American Heritage<br>25 Turner Ave.<br>Elk Grove Village, IL 60007 | | 847-806-8470 | |
| Chad Riner<br>209 Chestnut Lane<br>Bolingbrook, IL 60490 | | | |

Creditors   Personal Brian C. and Susan C. Grainger

| | | | |
|---|---|---|---|
| Nextel<br>Sprint Customer Service<br>PO Box 8077<br>London, KY 40742<br>Account # 431131512 | | | Afni, Inc.<br>404 Brock Drive<br>PO Box 3517<br>Bloomington, IL 61702-3517<br>Account # 431131512 |
| Verizon Wireless<br>777 Big Timber Road<br>Elgin, IL 60123<br>Account # 480295542-00001 | | | RMS<br>Janet Magee<br>340 Interstate N. Parkway<br>P.O. Box 723001<br>Atlanta, GA 31139-0001<br>877-490-5970<br>Claim # 321485674-B1 |
| T-Mobile<br>Customer Relations<br>P.O. Box 37380<br>Albuquerque, NM 87176-7380<br>Account # 467892562 | | | Diversified Consultants, Inc.<br>P.O. Box 551268<br>Jacksonville, FL 32255-1268<br>800-771-5361<br>904-247-0660 Fax<br>Account # 467892562 |
| Pentech Financial Services, Inc.<br>P.O. Box 712492<br>Cincinnati, OH 45271<br>Lease # 29107 | | 866-874-4835 | Cash Recovery LLC<br>P.O. Box 64599<br>Chicago, IL 60664<br>312-346-2733<br>312-346-2731 Fax<br>Contract #29107 |
| Financial Pacific Leasing, LLC<br>3455 S. 344th Way, #300<br>Federal Way, WA 98001-9546<br>Lease 006-0313303-902 | Jenny Rogers | 877-222-8558 ext. 201<br>253-568-2222 Fax | |
| Lease Corporation of America<br>P.O. Box 1297<br>Troy, MI 48099-1297<br>Customer # 108931 | Jason | 888-542-5302 | |
| Center Capital Corporation<br>P.O. Box 330<br>Hartford, CT 06141<br>Loan # 0050894-004<br>Loan # 0050894-003<br>Loan # 0050894-002 | | 800-758-8060 | Court Case #08L78<br>Christian J. Jorgensen/Dressler & Peters<br>111 W. Washington St., Suite 1900<br>Chicago, IL 60602<br>312-602-7360 |
| Trinity<br>475 Sansome St. – 19th Floor<br>San Francisco, CA 94111<br>Customer # 0834459-001 | | 415-956-3095 | |
| MBC Financial<br>PO Box 1467<br>Moline, IL 61266<br>Account# 110846 | Marlana | 309-764-0870 | |
| | | | |

Creditors – Personal Brian C. and Susan C. Grainger

| | | | |
|---|---|---|---|
| National Bank & Trust<br>230 W. State St.<br>Sycamore, IL 60178<br>Loan #85188<br>Loan #82643<br>Loan #86570<br>Loan #18974 | Doug Nelson | 815-754-3236 | |
| GMAC<br>P.O. Box 380901<br>Bloomington, MN 55438-0901<br>Account #154-9086-51384 | | 800-200-4622 | |
| Ford Credit<br>16800 Executive Plaza Drive<br>P.O. Box 6248<br>Dearborn, MI 48121<br>Loan #043412773 | | 800-392-3673 | |
| CitiFinancial<br>1812 Sycamore Rd.<br>DeKalb, IL 60115 | | 815-787-9974 | |
| American General Finance<br>630 Plaza Drive, Suite 8<br>Sycamore, IL 60178 | | 815-895-9834 | |
| Rockford Auto Glass<br>5401 E. State St.<br>Rockford, IL 61108 | | 815-226-0560 | |
| JD Insulation<br>2601 Pleasantview Ave.<br>Rockford, IL 61108 | Jim Daar | 815-874-0636<br>815-873-9825 Fax | |
| Menard's<br>HSBC Business Solutions<br>P.O. Box 4160<br>Carol Stream, IL 60197-4160<br>Account #6004-3005-8057-2714 | | 866-323-6167 | Corporate Receivables, Inc<br>P.O. Box 32995<br>Phoenix, AZ 85064-2995<br>800-643-2376<br>Client Account # 6004300580572714 |
| Sycamore Carpetland<br>1719 DeKalb Ave.<br>Sycamore, IL 60178 | Vickie or Kevin | 815-895-2400 | |
| 84 Lumber<br>P.O. Box 365<br>Eighty Four, PA 15330-0365 | | 724-228-8820<br>724-228-1521 Fax | Judgment Filed |
| Century Building Supply<br>600 Boylston St.<br>Rockford, IL 61111 | | 815-877-6778<br>815-877-7928 Fax | |

Creditors – Personal Brian C. and Susan C. Grainger

| | | | |
|---|---|---|---|
| Sears Commercial One<br>PO Box 689131<br>Des Moines, IA 50368-9131<br>Account # 5405 5320 3114 6584 | | 800-599-9712 | RMS<br>4836 Brecksville Rd.<br>P.O. Box 509<br>Richfield, OH 44286<br>800-666-6994<br>Claim # 340158328-FK<br>$5,856.02 |
| West Bend Mutual<br>1900 S. 18th Ave.<br>West Bend, WI 53095<br>Bond # NCC0476470-1<br>Bond # NCC0476468-1 | | | |
| Town of Cortland<br>59 S. Somonauk Road<br>P.O. Box 519<br>Cortland, IL 60112-0519 | | 815-756-9041 | |
| ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | | | |
| Nicor<br>P.O. Box 0632<br>Aurora, IL 60507-0632 | | | |
| Rochelle Municipal Utilities<br>333 Lincoln Hwy.<br>Rochelle, IL 61068 | | 815-562-4155<br>815-562-5861 Fax | |
| Royer Asphalt Paving<br>2220 County Farm Road<br>DeKalb, IL 60115<br>Customer # 14120 | | 815-756-9394<br>815-758-2319 Fax | Zukowski, Rogers, Flood & McArdle<br>Gregory Preves<br>50 Virginia St.<br>Crystal Lake, IL 60014<br>815-459-2050<br>815-459-9057 Fax |
| Vulcan Materials Company<br>1000 E. Warrenville Road,<br>Suite 100<br>Naperville, IL 60563 | Jean Szwaya | 630-955-8504 | |
| Rochelle Disposal Service Inc.<br>P.O. Box 268<br>Rochelle, IL 61068<br>Account #2835 | | 815-562-4134 | |
| Illinois Environmental Protection<br>Division of Water Pollution Control<br>1021 N Grand Ave. East<br>Springfield, IL 62794-9276 | | | |

Creditors – Personal Brian C. and Susan C. Grainger

| | | | |
|---|---|---|---|
| Engstrom Excavating<br>205 Industrial Drive<br>DeKalb, IL 60115 | Rodney Engstrom | 815-758-1087 | |
| Rent.com<br>2425 Olympic Blvd., Suite 400E<br>Santa Monica, CA 90404<br>Property ID 578921 | | | |
| City of DeKalb<br>200 S. Fourth St.<br>DeKalb, IL 60115 | Dawn Didier, Assistant City Attorney | 815-748-2093 | |
| Wendler Engineering Services, Inc.<br>698 Timber Creek Road<br>P.O. Box 486<br>Dixon, IL 61021 | David Weber | 815-288-2261<br>815-288-7847 Fax | |
| Hanley Wood Market Intelligence<br>426 S. Westgate St.<br>Addison, IL 60101 | | 630-543-0870<br>630-543-3112 Fax | Small Claims Court<br>Case #08SC677<br>Thomas Chase<br>574 N. McLean Blvd. #2B<br>Elgin, IL 60123<br>847-697-3700 |
| Gary Weber Associates, Inc.<br>224 S. Main St.<br>Wheaton, IL 60187 | | 630-668-7197<br>630-668-9693 | |
| Scott Vitkus & Ramona Lezcano<br>319 Samuel Alden Dr.<br>Sycamore, IL 60178 | Scott | | |
| Cynthia Smith<br>9N668 Bowes Bend Dr.<br>Elgin, IL 60124 | Cynthia | | |
| Doug & Denise Hopman<br>6605 Majestic Way<br>Carpentersville, IL 60110 | Home<br>Denise - Cell | 847-836-5253<br>847-594-8838 | |
| Scott & Sophia Hopman<br>2942 Becket Ave.<br>Westchester, IL 60154 | Scott<br>Sophia | 708-492-1580<br>773-531-0526 | |
| Adrian Chavarria<br>10109 Lawrence Ct.<br>Oak Lawn, IL 60453 | Adrian | 708-539-7902 | |
| John Bogaert<br>1108 Woodland Heights Blvd.<br>Streamwood, IL 60107 | John | 630-688-0136 | |

Creditors - Personal Brian C. and Susan C. Grainger

| | | | |
|---|---|---|---|
| Dave & Rebecca Myroth<br>10499 E. Kuehl Court<br>Rochelle, IL 61068 | | 815-562-6190 | |
| Illinois Department of Revenue<br>Springfield, IL 62726-0001 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |