**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GRAINGER, BRIAN CHARLES<br>      GRAINGER, SUSAN CHRISTINE<br><br>Debtor(s) | § Case No. 09-71071<br>§<br>§<br>§ |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

   1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 23, 2009. The undersigned trustee was appointed on April 30, 2009.

   2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

   4. The trustee realized the gross receipts of       $      308,012.89

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 31,581.61 |
| Bank service fees | 5,146.74 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 271,284.54 |

The remaining funds are available for distribution.

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 09/21/2009 and the deadline for filing governmental claims was 09/19/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,650.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $18,650.64, for a total compensation of $18,650.64.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $3,156.17, for total expenses of $3,156.17.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/18/2012          By: /s/JOSEPH D. OLSEN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-71071 | Trustee: | (330400) JOSEPH D. OLSEN |
|---|---|---|---|
| Case Name: | GRAINGER, BRIAN CHARLES | Filed (f) or Converted (c): | 03/23/09 (f) |
| | GRAINGER, SUSAN CHRISTINE | §341(a) Meeting Date: | 04/30/09 |
| Period Ending: 04/18/12 | | Claims Bar Date: | 09/21/09 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence located at 3697 Eagle Court, DeKalb, | 389,900.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | The National Bank & Trust Co. - Checking account | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | The National Bank & Trust Co. Savings Account 10 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Standard Household furnishings audio, video, and | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Everyday wearing apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wedding rings | 800.00 | 0.00 | DA | 0.00 | FA |
| 8 | 20 Riffle and other hobby equipment. | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | AIG Policy AS0014143L - Universal Life Insurance | 1,080.25 | 0.00 | DA | 0.00 | FA |
| 10 | AIG Policy AS0014549L - Universal Life Insurance | 3,026.08 | 0.00 | DA | 0.00 | FA |
| 11 | AIG Policy AS0015897L - Universal Life Insurance | 643.07 | 0.00 | DA | 0.00 | FA |
| 12 | AIG Policy YS00031318 - Term Life Insurance on B | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Term Life on Brian Grainger assigned to Castle B | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Edward Jones Co., DeKalb, IL | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Tax Refunds tax refund 12/05 | 138,000.00 | 157,674.16 | | 157,674.16 | FA |
| 16 | 2002 GMC Yukon | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2006 Chevrolet Suburban K1500 | 19,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2007 Ford F550 6.0LDiesel Truck | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | All Terrain Fork Lift | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | Office furniture | 500.00 | 0.00 | DA | 0.00 | FA |
| 21 | Misc. tools of trade. | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 22 | Two dogs. | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | Tax Refund 12/06 (u) | 0.00 | 18,259.91 | | 18,259.91 | FA |
| 24 | State of Illinois - tax refund - 2005 (u) | 0.00 | Unknown | DA | 0.00 | FA |
| 25 | State of Illinois - tax refund 2006 (u) | 0.00 | Unknown | DA | 0.00 | FA |
| 26 | Federa tax refunds (prior to 2005) (u) | 0.00 | 195,989.00 | | 0.00 | FA |
| 27 | 08 tax refunds (u) | Unknown | 2,491.00 | | 1,289.06 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Period Ending:** 04/18/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/23/09 (f)  
**§341(a) Meeting Date:** 04/30/09  
**Claims Bar Date:** 09/21/09

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Federal tax refund 12/03  (u) | 0.00 | 71,000.33 | | 71,000.33 | FA |
| 29 | Federal tax refund - 12/04  (u) | 0.00 | 256.00 | | 256.00 | FA |
| 30 | Federal tax refund - 12/06  (u) | 0.00 | 59,193.77 | | 59,193.77 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 339.66 | Unknown |
| 31 | **Assets  Totals** (Excluding unknown values) | **$615,199.40** | **$504,864.17** | | **$308,012.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 30, 2012      **Current Projected Date Of Final Report (TFR):** April 20, 2012  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Taxpayer ID #:** **-***9570  
**Period Ending:** 04/18/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-19 - Time Deposit Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/09 | | FUNDING ACCOUNT: ********9865 | | 9999-000 | 150,000.00 | | 150,000.00 |
| 08/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.49 | | 150,018.49 |
| 09/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.73 | | 150,038.22 |
| 10/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.50 | | 150,056.72 |
| 11/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.50 | | 150,075.22 |
| 12/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.12 | | 150,094.34 |
| 01/13/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.51 | | 150,112.85 |
| 02/12/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.51 | | 150,131.36 |
| 03/15/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.13 | | 150,150.49 |
| 04/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.51 | | 150,169.00 |
| 05/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.51 | | 150,187.51 |
| 05/18/10 | | Transfer out to account ********9866 | Transfer out to account ********9866 | 9999-000 | -150,187.51 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -187.51 | 0.00 | |
| | | | **Subtotal** | | **187.51** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$187.51** | **$0.00** | |

{} Asset reference(s)

Printed: 04/18/2012 01:51 PM  V.12.57

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-71071 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | GRAINGER, BRIAN CHARLES | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | GRAINGER, SUSAN CHRISTINE | | Account: | ***-*****98-65 - Money Market Account |
| Taxpayer ID #: | **-***9570 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 04/18/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/26/09 | {15} | United States Treasury | 12/05 tax refund | 1124-000 | 157,674.16 | | 157,674.16 |
| 06/26/09 | {23} | United States Treasury | tax refund - 12/06 | 1224-000 | 18,259.91 | | 175,934.07 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 175,934.30 |
| 07/14/09 | | ACCOUNT FUNDED: ********9819 | | 9999-000 | | 150,000.00 | 25,934.30 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.74 | | 25,938.04 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,939.13 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,940.18 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,941.23 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,942.32 |
| 12/10/09 | | To Account #********9866 | Pay Acct. fees per 12/9/09 order | 9999-000 | | 10,163.75 | 15,778.57 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 15,779.35 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 15,779.97 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 15,780.57 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 15,781.27 |
| 04/14/10 | | To Account #********9866 | pay taxing authorities | 9999-000 | | 3,000.00 | 12,781.27 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.38 | | 12,781.65 |
| 04/20/10 | | Wire out to BNYM account 9200******9865 | Wire out to BNYM account 9200******9865 | 9999-000 | -12,781.65 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 163,163.75 | 163,163.75 | $0.00 |
| | | | Less: Bank Transfers | | -12,781.65 | 163,163.75 | |
| | | | **Subtotal** | | 175,945.40 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$175,945.40** | **$0.00** | |

{} Asset reference(s)           Printed: 04/18/2012 01:51 PM   V.12.57

Case 09-71071   Doc 86   Filed 05/10/12   Entered 05/10/12 16:13:26   Desc Main
Document      Page 7 of 17

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Taxpayer ID #:** **-***9570  
**Period Ending:** 04/18/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/09 | | From Account #********9865 | Pay Acct. fees per 12/9/09 order | 9999-000 | 10,163.75 | | 10,163.75 |
| 12/11/09 | 101 | American National Tax and Payroll | Per Ct. Order of 12/9/09 - pay acct. fees | 3410-000 | | 10,163.75 | 0.00 |
| 04/14/10 | | From Account #********9865 | pay taxing authorities | 9999-000 | 3,000.00 | | 3,000.00 |
| 04/15/10 | 102 | Illinois Department of Revenue | IL-1041-V 12/09 taxes | 6820-000 | | 463.00 | 2,537.00 |
| 04/15/10 | 103 | Department of th Treasury | 2009 - Form 1041 taxes | 6810-000 | | 2,234.00 | 303.00 |
| 04/20/10 | | Wire out to BNYM account 9200******9866 | Wire out to BNYM account 9200******9866 | 9999-000 | -303.00 | | 0.00 |
| 05/18/10 | | Transfer in from account ********9819 | Transfer in from account ********9819 | 9999-000 | 150,187.51 | | 150,187.51 |
| 05/18/10 | | Wire out to BNYM account 9200******9819 | Wire out to BNYM account 9200******9819 | 9999-000 | -150,187.51 | | 0.00 |
| | | | ACCOUNT TOTALS | | 12,860.75 | 12,860.75 | $0.00 |
| | | | Less: Bank Transfers | | 12,860.75 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **12,860.75** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$12,860.75** | |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-71071 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | GRAINGER, BRIAN CHARLES | | **Bank Name:** | The Bank of New York Mellon |
| | GRAINGER, SUSAN CHRISTINE | | **Account:** | 9200-******98-19 - Checking Account |
| **Taxpayer ID #:** | **-***9570 | | **Blanket Bond:** | $820,095.60   (per case limit) |
| **Period Ending:** | 04/18/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9866 | Wire in from JPMorgan Chase Bank, N.A. account ********9866 | 9999-000 | 150,187.51 | | 150,187.51 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 8.64 | | 150,196.15 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 18.51 | | 150,214.66 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 19.14 | | 150,233.80 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 19.14 | | 150,252.94 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.70 | | 150,256.64 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.82 | | 150,260.46 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.70 | | 150,264.16 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.82 | | 150,267.98 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.82 | | 150,271.80 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.45 | | 150,275.25 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.82 | | 150,279.07 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.47 | | 150,281.54 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.23 | | 150,282.77 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 3.82 | | 150,286.59 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.19 | | 150,287.78 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.27 | | 150,289.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 288.22 | 150,000.83 |
| 08/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.16 | | 150,000.99 |
| 08/05/11 | | To Account #9200******9865 | Transfer funds per JDO to other MMA | 9999-000 | | 150,000.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 150,289.21 | 150,289.21 | $0.00 |
| | | | Less: Bank Transfers | | 150,187.51 | 150,000.99 | |
| | | | **Subtotal** | | **101.70** | **288.22** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$101.70** | **$288.22** | |

{} Asset reference(s)

Printed: 04/18/2012 01:51 PM    V.12.57

Exhibit B

# FORM 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Taxpayer ID #:** **-***9570  
**Period Ending:** 04/18/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-65 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9865 | Wire in from JPMorgan Chase Bank, N.A. account ********9865 | 9999-000 | 12,781.65 | | 12,781.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 12,781.91 |
| 05/11/10 | {27} | United States Treasury | 12/08 tax refund | 1224-000 | 1,289.06 | | 14,070.97 |
| 05/20/10 | | To Account #9200******9866 | Per Court Order of 5/12 - transfer monies to pay accts. | 9999-000 | | 5,316.00 | 8,754.97 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.69 | | 8,755.66 |
| 06/08/10 | | To Account #9200******9866 | balance of bond premium | 9999-000 | | 10.15 | 8,745.51 |
| 06/28/10 | | To Account #9200******9866 | Pay IRS & IL Dept. of Revenue | 9999-000 | | 4,983.00 | 3,762.51 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 3,762.99 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,763.21 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.22 | | 3,763.43 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,763.46 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,763.49 |
| 11/18/10 | {28} | United States Treasury | federal tax refund for December 2003 | 1224-000 | 71,000.33 | | 74,763.82 |
| 11/18/10 | {29} | United States Treasury | federal tax refund for yr. 12/04 | 1224-000 | 256.00 | | 75,019.82 |
| 11/18/10 | {30} | United States Treasury | federal tax refund for yr. 12/06 | 1224-000 | 59,193.77 | | 134,213.59 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.33 | | 134,214.92 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.41 | | 134,218.33 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.41 | | 134,221.74 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.08 | | 134,224.82 |
| 03/18/11 | | To Account #9200******9866 | Transfer funds to pay accountants | 9999-000 | | 2,550.81 | 131,674.01 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.38 | | 131,677.39 |
| 04/04/11 | | To Account #9200******9866 | pymt of IL Dept. of Revenue for 12/09 reporting period | 9999-000 | | 50.61 | 131,626.78 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.23 | | 131,630.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.34 | | 131,633.35 |
| 06/01/11 | | To Account #9200******9866 | pay bond premium | 9999-000 | | 232.23 | 131,401.12 |
| 06/01/11 | | To Account #9200******9866 | balance to pay bond premium | 9999-000 | | 0.01 | 131,401.11 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.07 | | 131,402.18 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.11 | | 131,403.29 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 252.00 | 131,151.29 |
| 08/05/11 | | From Account #9200******9819 | Transfer funds per JDO to other MMA | 9999-000 | 150,000.99 | | 281,152.28 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.20 | | 281,154.48 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 572.61 | 280,581.87 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -9.00 | 280,590.87 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.29 | | 280,593.16 |

Subtotals :    $294,551.58    $13,958.42

{} Asset reference(s)

Printed: 04/18/2012 01:51 PM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Taxpayer ID #:** \*\*-\*\*\*9570  
**Period Ending:** 04/18/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*98-65 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 576.54 | 280,016.62 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.36 | | 280,018.98 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 556.20 | 279,462.78 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.28 | | 279,465.06 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 612.59 | 278,852.47 |
| 12/22/11 | | To Account #9200\*\*\*\*\*\*9866 | Per Court Order of 12/21/11 to pay accountants | 9999-000 | | 250.00 | 278,602.47 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.35 | | 278,604.82 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 572.86 | 278,031.96 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.35 | | 278,034.31 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 607.82 | 277,426.49 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 549.54 | 276,876.95 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 567.36 | 276,309.59 |
| 04/13/12 | 11001 | Brian C. Grainger and Susan C. Grainger | Per Court order of 4/11/12 - Admin. expense to debtors | 2990-000 | | 5,025.05 | 271,284.54 |
| | | | **ACCOUNT TOTALS** | | 294,560.92 | 23,276.38 | **$271,284.54** |
| | | | Less: Bank Transfers | | 162,782.64 | 13,392.81 | |
| | | | **Subtotal** | | 131,778.28 | 9,883.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$131,778.28** | **$9,883.57** | |

{} Asset reference(s)

Printed: 04/18/2012 01:51 PM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 09-71071 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | GRAINGER, BRIAN CHARLES | | Bank Name: | The Bank of New York Mellon |
| | GRAINGER, SUSAN CHRISTINE | | Account: | 9200-******98-66 - Checking Account |
| Taxpayer ID #: | **-***9570 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 04/18/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9866 | Wire in from JPMorgan Chase Bank, N.A. account ********9866 | 9999-000 | 303.00 | | 303.00 |
| 05/20/10 | | From Account #9200******9865 | Per Court Order of 5/12 - transfer monies to pay accts. | 9999-000 | 5,316.00 | | 5,619.00 |
| 05/20/10 | 10104 | American National Tax & Payroll | Per Court Order of 5/12/10 - pay accts fees | 3310-000 | | 5,316.00 | 303.00 |
| 06/04/10 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-71071, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 132.02 | 170.98 |
| 06/07/10 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-71071, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -132.02 | 303.00 |
| 06/08/10 | | From Account #9200******9865 | balance of bond premium | 9999-000 | 10.15 | | 313.15 |
| 06/08/10 | 10106 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71071, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 142.17 | 170.98 |
| 06/08/10 | 10106 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71071, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -142.17 | 313.15 |
| 06/08/10 | 10107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71071, Bond Premium #016018067 | 2300-000 | | 142.17 | 170.98 |
| 06/28/10 | | From Account #9200******9865 | Pay IRS & IL Dept. of Revenue | 9999-000 | 4,983.00 | | 5,153.98 |
| 06/28/10 | 10108 | United States Treasury | 09-taxes re: B. Grainger | 2810-000 | | 2,585.00 | 2,568.98 |
| 06/28/10 | 10109 | Illinois Department of Revenue | pymt of taxes re: B. Grainger | 2820-000 | | 118.00 | 2,450.98 |
| 06/28/10 | 10110 | United States Treasury | pymt of taxes | 2810-000 | | 1,784.00 | 666.98 |
| 06/28/10 | 10111 | Illinois Department of Revenue | pymt of taxes | 2820-000 | | 496.00 | 170.98 |
| 12/09/10 | 10112 | United States Treasury | Tax period 12/31/09 - Form 1041 | 2810-000 | | 15.54 | 155.44 |
| 03/18/11 | | From Account #9200******9865 | Transfer funds to pay accountants | 9999-000 | 2,550.81 | | 2,706.25 |
| 03/18/11 | 10113 | American National Tax & Payroll | Pursuant to 3/16/11 Court Order | 3310-000 | | 2,706.25 | 0.00 |
| 04/04/11 | | From Account #9200******9865 | pymt of IL Dept. of Revenue for 12/09 reporting period | 9999-000 | 50.61 | | 50.61 |
| 04/04/11 | 10114 | Illinois Department of Revenue | Pymt of 12/09 taxes | 2820-000 | | 50.61 | 0.00 |
| 06/01/11 | | From Account #9200******9865 | pay bond premium | 9999-000 | 232.23 | | 232.23 |
| 06/01/11 | | From Account #9200******9865 | balance to pay bond premium | 9999-000 | 0.01 | | 232.24 |
| 06/01/11 | 10115 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 232.24 | 0.00 |
| | | | Subtotals : | | $13,445.81 | $13,445.81 | |

{} Asset reference(s)

Printed: 04/18/2012 01:51 PM V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Taxpayer ID #:** **-***9570  
**Period Ending:** 04/18/12

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 05/31/2011 FOR CASE #09-71071, BOND #016018067 | | | | |
| 12/22/11 | | From Account #9200******9865 | Per Court Order of 12/21/11 to pay accountants | 9999-000 | 250.00 | | 250.00 |
| 12/22/11 | 10116 | American National Tax & Payroll | Per Court Order of 12/21 to pay accountants | 3310-000 | | 250.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **13,695.81** | **13,695.81** | **$0.00** |
| | | | Less: Bank Transfers | | 13,695.81 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **13,695.81** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$13,695.81** | |

Net Receipts : 308,012.89  
Net Estate : $308,012.89

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****98-19 | 187.51 | 0.00 | 0.00 |
| MMA # ***-*****98-65 | 175,945.40 | 0.00 | 0.00 |
| Checking # ***-*****98-66 | 0.00 | 12,860.75 | 0.00 |
| Checking # 9200-******98-19 | 101.70 | 288.22 | 0.00 |
| Checking # 9200-******98-65 | 131,778.28 | 9,883.57 | 271,284.54 |
| Checking # 9200-******98-66 | 0.00 | 13,695.81 | 0.00 |
| | $308,012.89 | $36,728.35 | $271,284.54 |

{} Asset reference(s)

Printed: 04/18/2012 01:51 PM    V.12.57

## Claims Proposed Distribution

### Case:  09-71071   GRAINGER, BRIAN CHARLES

**Case Balance:** $271,284.54    **Total Proposed Payment:** $271,284.54    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | Secured | 47,179.78 | 0.00 | 0.00 | 0.00 | 0.00 | 271,284.54 |
| 2 | Center Capital Corporation | Secured | 178,481.06 | 0.00 | 0.00 | 0.00 | 0.00 | 271,284.54 |
| 23 | Marcia Thompson | Secured | 6,031.07 | 0.00 | 0.00 | 0.00 | 0.00 | 271,284.54 |
|  | JOSEPH D. OLSEN <2200-00 Trustee Expenses> | Admin Ch. 7 | 3,156.17 | 3,156.17 | 0.00 | 3,156.17 | 3,156.17 | 268,128.37 |
|  | JOSEPH D. OLSEN <2100-00 Trustee Compensation> | Admin Ch. 7 | 18,650.64 | 18,650.64 | 0.00 | 18,650.64 | 18,650.64 | 249,477.73 |
|  | Yalden, Olsen & Willette <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,228.75 | 3,228.75 | 0.00 | 3,228.75 | 3,228.75 | 246,248.98 |
| 13P | Illinois Department of Revenue | Priority | 9,657.00 | 9,657.00 | 0.00 | 9,657.00 | 9,657.00 | 236,591.98 |
| 19 | Internal Revenue Service | Priority | 100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 236,591.98 |
| 20 | Illinois Department of Revenue | Priority | 16,751.00 | 0.00 | 0.00 | 0.00 | 0.00 | 236,591.98 |
| 31P | Internal Revenue Service | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 236,591.98 |
| 3 | ComEd co. | Unsecured | 587.16 | 587.16 | 0.00 | 587.16 | 471.58 | 236,120.40 |
| 4 | 84 Lumber | Unsecured | 22,373.88 | 22,373.88 | 0.00 | 22,373.88 | 17,969.53 | 218,150.87 |
| 5 | Wendler Engineering Services Inc | Unsecured | 61,270.17 | 33,881.59 | 0.00 | 33,881.59 | 27,211.93 | 190,938.94 |
| 6 | gmac | Unsecured | 5,193.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190,938.94 |
| 6 -2 | gmac | Unsecured | 5,193.00 | 5,193.00 | 0.00 | 5,193.00 | 4,170.75 | 186,768.19 |
| 7 | Financial Management Services, Inc. | Unsecured | 8,467.34 | 8,467.34 | 0.00 | 8,467.34 | 6,800.53 | 179,967.66 |
| 8 | John Bogaert | Unsecured | 33,600.00 | 33,600.00 | 0.00 | 33,600.00 | 26,985.77 | 152,981.89 |
| 9 | Gary Weber Associates Inc | Unsecured | 4,058.14 | 4,058.14 | 0.00 | 4,058.14 | 3,259.29 | 149,722.60 |
| 10 | Sycamore Carpetland | Unsecured | 4,092.54 | 4,092.54 | 0.00 | 4,092.54 | 3,286.91 | 146,435.69 |
| 11 | PYOD LLC its successors and assigns as assignee of | Unsecured | 11,882.38 | 11,882.38 | 0.00 | 11,882.38 | 9,543.31 | 136,892.38 |
| 12 | PYOD LLC its successors and assigns as assignee of | Unsecured | 7,137.37 | 7,137.37 | 0.00 | 7,137.37 | 5,732.36 | 131,160.02 |
| 13U | Illinois Department of Revenue | Unsecured | 1,726.00 | 1,726.00 | 0.00 | 1,726.00 | 1,386.23 | 129,773.79 |
| 14 | Real Time Resolutions, Inc. | Unsecured | 41,572.19 | 41,572.19 | 0.00 | 41,572.19 | 33,388.61 | 96,385.18 |
| 15 | National Bank & Trust | Unsecured | 2,693.09 | 2,693.09 | 0.00 | 2,693.09 | 2,162.95 | 94,222.23 |
| 16 | City of DeKalb | Unsecured | 142.62 | 142.62 | 0.00 | 142.62 | 114.54 | 94,107.69 |
| 17 | Yelow Book USA (MPM) | Unsecured | 4,895.00 | 4,895.00 | 0.00 | 4,895.00 | 3,931.41 | 90,176.28 |
| 18 | Royer Asphalt Paving | Unsecured | 4,288.00 | 4,288.00 | 0.00 | 4,288.00 | 3,443.90 | 86,732.38 |
| 21 | Town of Cortland | Unsecured | 1,253.56 | 1,253.56 | 0.00 | 1,253.56 | 1,006.79 | 85,725.59 |
| 22 | Hintzsche Oil | Unsecured | 42,139.19 | 42,139.19 | 0.00 | 42,139.19 | 33,844.00 | 51,881.59 |

# Claims Proposed Distribution

### Case:   09-71071   GRAINGER, BRIAN CHARLES

**Case Balance:** $271,284.54    **Total Proposed Payment:** $271,284.54    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 24 | Cash Recovery LLC | Unsecured | 47,812.40 | 47,812.40 | 0.00 | 47,812.40 | 38,400.43 | 13,481.16 |
| 25 | Telephone USA of Wisconsin, LLC | Unsecured | 107.40 | 107.40 | 0.00 | 107.40 | 86.26 | 13,394.90 |
| 26 | AFNI/Verizon | Unsecured | 241.88 | 241.88 | 0.00 | 241.88 | 194.27 | 13,200.63 |
| 27 | Smith & Tucker LLC | Unsecured | 16,436.12 | 16,436.12 | 0.00 | 16,436.12 | 13,200.63 | 0.00 |
| 28 | eCAST Settlement Corp | Unsecured | 88,873.90 | 88,873.90 | 0.00 | 88,873.90 | 0.00 | 0.00 |
| 29 | Charles A.& Nicole Criswell | Unsecured | 1,512.00 | 1,512.00 | 0.00 | 1,512.00 | 0.00 | 0.00 |
| 30 | CitiFinancial, Inc | Unsecured | 9,654.20 | 9,654.20 | 0.00 | 9,654.20 | 0.00 | 0.00 |
| 31U | Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 32 | Trustee James E. Stevens | Unsecured | 60,000.00 | 60,000.00 | 0.00 | 60,000.00 | 0.00 | 0.00 |
| | **Total for Case 09-71071 :** | | **$870,338.00** | **$489,313.51** | **$0.00** | **$489,313.51** | **$271,284.54** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $25,035.56 | $25,035.56 | $0.00 | $25,035.56 | 100.000000% |
| **Total Priority Claims :** | $126,408.00 | $9,657.00 | $0.00 | $9,657.00 | 100.000000% |
| **Total Secured Claims :** | $231,691.91 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $487,202.53 | $454,620.95 | $0.00 | $236,591.98 | 52.041592% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-71071
Case Name: GRAINGER, BRIAN CHARLES
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**　　　　　　　　　　　$　　　271,284.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 47,179.78 | 0.00 | 0.00 | 0.00 |
| 2 | Center Capital Corporation | 178,481.06 | 0.00 | 0.00 | 0.00 |
| 23 | Marcia Thompson | 6,031.07 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:　$　　　0.00
Remaining balance:　$　　　271,284.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 18,650.64 | 0.00 | 18,650.64 |
| Trustee, Expenses - JOSEPH D. OLSEN | 3,156.17 | 0.00 | 3,156.17 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 3,228.75 | 0.00 | 3,228.75 |

Total to be paid for chapter 7 administration expenses:　$　　　25,035.56
Remaining balance:　$　　　246,248.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:　$　　　0.00
Remaining balance:　$　　　246,248.98

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,657.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13P | Illinois Department of Revenue | 9,657.00 | 0.00 | 9,657.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 9,657.00 |
| Remaining balance: | $ 236,591.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 294,580.85 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 80.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | ComEd co. | 587.16 | 0.00 | 471.58 |
| 4 | 84 Lumber | 22,373.88 | 0.00 | 17,969.53 |
| 5 | Wendler Engineering Services Inc | 33,881.59 | 0.00 | 27,211.93 |
| 6 -2 | gmac | 5,193.00 | 0.00 | 4,170.75 |
| 7 | Financial Management Services, Inc. | 8,467.34 | 0.00 | 6,800.53 |
| 8 | John Bogaert | 33,600.00 | 0.00 | 26,985.77 |
| 9 | Gary Weber Associates Inc | 4,058.14 | 0.00 | 3,259.29 |
| 10 | Sycamore Carpetland | 4,092.54 | 0.00 | 3,286.91 |
| 11 | PYOD LLC its successors and assigns as assignee of | 11,882.38 | 0.00 | 9,543.31 |
| 12 | PYOD LLC its successors and assigns as assignee of | 7,137.37 | 0.00 | 5,732.36 |
| 13U | Illinois Department of Revenue | 1,726.00 | 0.00 | 1,386.23 |
| 14 | Real Time Resolutions, Inc. | 41,572.19 | 0.00 | 33,388.61 |
| 15 | National Bank & Trust | 2,693.09 | 0.00 | 2,162.95 |
| 16 | City of DeKalb | 142.62 | 0.00 | 114.54 |
| 17 | Yelow Book USA (MPM) | 4,895.00 | 0.00 | 3,931.41 |
| 18 | Royer Asphalt Paving | 4,288.00 | 0.00 | 3,443.90 |
| 21 | Town of Cortland | 1,253.56 | 0.00 | 1,006.79 |
| 22 | Hintzsche Oil | 42,139.19 | 0.00 | 33,844.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 24 | Cash Recovery LLC | 47,812.40 | 0.00 | 38,400.43 |
| 25 | Telephone USA of Wisconsin, LLC | 107.40 | 0.00 | 86.26 |
| 26 | AFNI/Verizon | 241.88 | 0.00 | 194.27 |
| 27 | Smith & Tucker LLC | 16,436.12 | 0.00 | 13,200.63 |

Total to be paid for timely general unsecured claims: $ 236,591.98
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 160,040.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 28 | eCAST Settlement Corp | 88,873.90 | 0.00 | 0.00 |
| 29 | Charles A.& Nicole Criswell | 1,512.00 | 0.00 | 0.00 |
| 30 | CitiFinancial, Inc | 9,654.20 | 0.00 | 0.00 |
| 32 | Trustee James E. Stevens | 60,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**