# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: GRAINGER, BRIAN CHARLES | § Case No. 09-71071 |
| GRAINGER, SUSAN CHRISTINE | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/11/2012 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 04/18/2012          By:  /s/JOSEPH D. OLSEN
                                          Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: GRAINGER, BRIAN CHARLES | § | Case No. 09-71071 |
|---|---|---|
| GRAINGER, SUSAN CHRISTINE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 308,012.89 |
| *and approved disbursements of* | $ 36,728.35 |
| *leaving a balance on hand of* [1] | $ 271,284.54 |
| **Balance on hand:** | $ 271,284.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 47,179.78 | 0.00 | 0.00 | 0.00 |
| 2 | Center Capital Corporation | 178,481.06 | 0.00 | 0.00 | 0.00 |
| 23 | Marcia Thompson | 6,031.07 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 271,284.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 18,650.64 | 0.00 | 18,650.64 |
| Trustee, Expenses - JOSEPH D. OLSEN | 3,156.17 | 0.00 | 3,156.17 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 3,228.75 | 0.00 | 3,228.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 25,035.56 |
| Remaining balance: | $ 246,248.98 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 246,248.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,657.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13P | Illinois Department of Revenue | 9,657.00 | 0.00 | 9,657.00 |

Total to be paid for priority claims: $ 9,657.00
Remaining balance: $ 236,591.98

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 294,580.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 80.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | ComEd co. | 587.16 | 0.00 | 471.58 |
| 4 | 84 Lumber | 22,373.88 | 0.00 | 17,969.53 |
| 5 | Wendler Engineering Services Inc | 33,881.59 | 0.00 | 27,211.93 |
| 6 -2 | gmac | 5,193.00 | 0.00 | 4,170.75 |
| 7 | Financial Management Services, Inc. | 8,467.34 | 0.00 | 6,800.53 |
| 8 | John Bogaert | 33,600.00 | 0.00 | 26,985.77 |
| 9 | Gary Weber Associates Inc | 4,058.14 | 0.00 | 3,259.29 |
| 10 | Sycamore Carpetland | 4,092.54 | 0.00 | 3,286.91 |
| 11 | PYOD LLC its successors and assigns as assignee of | 11,882.38 | 0.00 | 9,543.31 |
| 12 | PYOD LLC its successors and assigns as | 7,137.37 | 0.00 | 5,732.36 |

UST Form 101-7-NFR (10/1/2010)

| | assignee of | | | |
|---|---|---|---|---|
| 13U | Illinois Department of Revenue | 1,726.00 | 0.00 | 1,386.23 |
| 14 | Real Time Resolutions, Inc. | 41,572.19 | 0.00 | 33,388.61 |
| 15 | National Bank & Trust | 2,693.09 | 0.00 | 2,162.95 |
| 16 | City of DeKalb | 142.62 | 0.00 | 114.54 |
| 17 | Yelow Book USA (MPM) | 4,895.00 | 0.00 | 3,931.41 |
| 18 | Royer Asphalt Paving | 4,288.00 | 0.00 | 3,443.90 |
| 21 | Town of Cortland | 1,253.56 | 0.00 | 1,006.79 |
| 22 | Hintzsche Oil | 42,139.19 | 0.00 | 33,844.00 |
| 24 | Cash Recovery LLC | 47,812.40 | 0.00 | 38,400.43 |
| 25 | Telephone USA of Wisconsin, LLC | 107.40 | 0.00 | 86.26 |
| 26 | AFNI/Verizon | 241.88 | 0.00 | 194.27 |
| 27 | Smith & Tucker LLC | 16,436.12 | 0.00 | 13,200.63 |

Total to be paid for timely general unsecured claims:     $     236,591.98
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 160,040.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | eCAST Settlement Corp | 88,873.90 | 0.00 | 0.00 |
| 29 | Charles A.& Nicole Criswell | 1,512.00 | 0.00 | 0.00 |
| 30 | CitiFinancial, Inc | 9,654.20 | 0.00 | 0.00 |
| 32 | Trustee James E. Stevens | 60,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:     $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                      Case No. 09-71071-MB
Brian Charles Grainger                                      Chapter 7
Susan Christine Grainger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3      User: lorsmith       Page 1 of 5          Date Rcvd: May 11, 2012
                          Form ID: pdf006      Total Noticed: 150

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2012.
```
db/jdb     +Brian Charles Grainger,   Susan Christine Grainger,   3697 Eagle Ct.,   Dekalb, IL 60115-8626
aty        +Joseph D. Olsen,   Yalden, Olsen & Willette,   1318 East State Street,   Rockford, IL 61104-2228
tr         +James E. Stevens,   6833 Stalter Drive,   Rockford, IL 61108-2579
13685860   +84 Lumber,   c/o Teller, Levit & Silvertrust PC,   11 E Adams St #800,   Chicago, IL 60603-6324
13684984  ++ALLIED INSURANCE,   1100 LOCUST STREET D1-7C-0301,   DES MOINES IA 50391-0301
            (address filed with court: Allied Insurance,   POB 10479,   Des Monines IA 50306-0479)
13685259    ARM Solutions Inc,   POB 2929,   Camarillo CA 93011-2929
13684981    AT & T,   POB 8212,   Aurora IL 60572-8212
13685585    Accident Fund Insurance Co,   POB 77000-Dept. 77125,   Detroit MI 48277-0125
13685260   +Acuity,   2800 S Taylor Dr,   Sheboygan WI 53081-8474
13685987   +Adrian Chavarria,   10109 Lawrence Ct,   Oak Lawn IL 60453-3850
13685242   +Amateur Sports Promotion,   POB 712,   Quincy IL 62306-0712
13685590   +American National Tax & Payroll,   124 S Main St,   Sycamore IL 60178-1822
13685597   +American Recovery Systems Inc,   1699 Wall Street Suite 300,   Mt Prospect IL 60056-5778
13685001   +Atradius Collections,   Kim Groberski,   1200 Arlington Heights Rd. Suite 410,
             Itasca IL 60143-3109
13685261   +Blackhawk DeKalb LLC,   633 Enterprise Ave., Suite #1,   DeKalb IL 60115-7913
13684973    Brinks Home Security,   POB 70834,   Charlotte NC 28272-0834
13685263    Brinks Home Security Inc,   POB 152235,   Irving TX 75015-2235
13685580    Capital One Bank,   POB 30285,   Salt Lake City UY 84130-0285
13685849   +Cash Recovery LLC,   POB 64599,   Chicago IL 60664-0599
13685843   +Center Capital Corp,   POB 330,   Hartford CT 06141-0330
13761450   +Center Capital Corporation,   Dennis A. Dressler & Christian J. Jorgen,   Dressler Peters, LLC,
             111 West Washington Street, Suite 1900,   Chicago, IL 60602-2713
13685861   +Century Building Supply,   600 Boylston St,   Rockford IL 61111-5907
13685594   +Chad Riner,   209 Chestnut Lane,   Bolingbrook IL 60490-1004
15801963   +Charles A.& Nicole Criswell,   c/o Richard Schmack,   584 West State St,
             Sycamore, IL 60178-1328
13684969    Chase,   POB 9001020,   Louisville, KY 40290-1020
13685850   +Christian J Jorgensen/Dreller & Peters,   111 W Washington St., Suite 1900,
             Chicago IL 60602-2713
13684983    Citi Card,   Box 6000,   The Lakes NV 89163-6000
13684971    Citi Dividend Platinum Select,   Box 6000,   The Lakes, NV 89163-6000
13685854   +CitiFinancial,   1812 Sycamore Rd,   DeKalb IL 60115-2004
15848729    CitiFinancial, Inc,   P.O. Box 140489,   Irving, TX 75014-0489
13685979   +City of DeKalb,   200 S Fourth St,   DeKalb IL 60115-3720
13684979   +Collectech Systems,   POB 361567,   Columbus OH 43236-1567
13685265    Comcast,   POB 3002,   Southeastern PA 19398-3002
13684982    Comcast Cable,   POB 3001,   Southeastern PA 19398-3001
13684990   +Connor Company,   Corporate Office,   2800 N.E. Adams St.,   Peoria IL 61603-2806
13685254   +Copy Service Inc,   1005 W Lincoln Hwy,   DeKalb IL 60115-3019
13684985   +Credit Management Services,   9525 Sweet Valley Dr,   Valley View OH 44125-4237
13685582    Credit Protection Assoc. L.P.,   POB 802068,   Dallas TX 75380-2068
13685984   +Cynthia Smith,   9N668 Bowes Bend Dr,   Elgin IL 60124-8328
13685990   +Dave & Rebecca Myroth,   10499 E Kuehl Court,   Rochelle IL 61068-9752
13685255   +DeKalb County Self Storage Inc,   1005 W Lincoln Hwy,   DeKalb IL 60115-3019
13684968    Delnor Community Hospital,   POB 739,   Moline IL 61266-0739
13685266   +Destiny Health,   3577 Collections Center Dr,   Chicago IL 60693-0035
13685848    Diversified Consultants Inc,   POB 551268,   Jacksonville FL 32255-1268
13685985   +Doug & Denise Hopman,   6605 Majestic Way,   Carpentersville IL 60110-3439
13738479  ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
            (address filed with court: Ford Motor Credit Company LLC,   P O Box 537901,
             Livonia MI 48153-9905)
14092529   +Financial Management Services, Inc.,   c/o Grochocinski, Grochocinski & Lloyd,,
             1900 Ravinia Place,   Orland Park, IL 60462-3760
13685841    Financial Pacific Leasing LLC,   3455 S 344th Way, #300,   Federal Waly WA 98001-9546
13684986    Focus on Women,   POB 2772,   Carol Stream IL 60132-2772
13685853   +Ford Credit,   16800 Executive Plaza Dr,   POB 6248,   Dearborn MI 48121-6248
13685581    Fulbright & Assoc.,   Shawn C Fulbright,   Thomas R Jakeway,   POB 1510,   Rockford IL 61110-0010
13685246    Fulbright & Associates,   Shawn C Fulbright,   1707 E State St,   POB 1510,
             Rockford IL 61110-0010
13685000    General Auditing Bureau,   J Kline,   POB 9658,   Minneapolis MN 55440-9658
13685264    Gordon Flesch Co. Inc,   2675 Research Park Dr,   Madison WI 53711-4906
13684993   +Gordon's Hardware,   514 E Lincoln Hwy,   DeKalb IL 60115-3800
13685248   +Graphic Matters,   1543 Moluf St,   DeKalb IL 60115-8911
13684992   +HD Supply Water Works,   POB 91036,   Chicago IL 60693-1036
13684972    HSBC Card Services,   POB 37281,   Baltimore MD 21297-3281
13685591   #+Hank Best,   5115 New Haven,   Plainfield IL 60586-5752
13685981   +Hanley Wood Market Intelligence,   426 S Wesgate St,   Addison IL 60101-4529
14156333  ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
            (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
             100 West Randolph Street,   Level 7-425,   Chicago, Illinois 60601)
13685239    Idearc Media,   POB 610830,   DFW,   Airport TX 75261-0830
```

```
District/off: 0752-3           User: lorsmith              Page 2 of 5                   Date Rcvd: May 11, 2012
                               Form ID: pdf006             Total Noticed: 150

13685974      +Illinois Enviromental Protection,    Division of Water Pollution Control,    1021 N Grand Ave. East,
                Springfield IL 62702-4059
13685857      +JD Insulation,    2601 Pleasantview Ave,    Rockford IL 61108-7471
13684980      +KCA Financial Services Inc,    628 North St.,    POB 53,    Geneva IL 60134-0053
13685588      +Law Office of Michael P Coghlan LLC,    1958 Aberdeen Court Suite 2,    Sycamore IL 60178-3175
13685842       Lease Corporation of America,    POB 1297,    Troy MI 48099-1297
13684989      +Malcolm S Gerald And Associates Inc,    332 South Michigan Ave,    Suite 600,
                Chicago IL 60604-4318
14367203      +Marcia Thompson,    Graphic Matters,    1543 Moluf St.,    DeKalb, IL 60115-8911
13685593      +Matt Personette,    Prudential American Heritage,    25 Turner Ave,
                Elk Grove Village IL 60007-3951
13685858       Menard's,   HSBC Business Solutions,    POB 4160,    Carol Stream IL 60197-4160
13685237      +Metrolift,   679 Heartland Dr,    Sugar Grove IL 60554-9594
13684987       Midwest Ear Nose & Throat Consultants, LTD,    25 N Windfield Rd 519,    Windfield IL 60190-1222
13685589      +Mueller & Co LLP,    2230 Point Boulevard,    Suite 700,    Elgin IL 60123-9205
13685851      +National Bank & Trust,    230 W State St,    Sycamore IL 60178-1489
13685635      +Nextel,   Sprint Customer Service,    POB 8077,    London KY 40742-8077
13685252       Northern Illinois Disposal,    POB 206,    Waterman IL 60556-0206
13684977      +PFG of Minnesota,    7825 Washington Ave. S Ste 310,    Minneapolis MN 55439-2424
13685584       Pekin Insurance Co,    2505,   Court ST,    Pekin IL 61558-0001
13685840      +Pentech Financial Services Inc,    POB 712492,    Cincinnati OH 45271-0001
13684991      +Pro-Power,    1001 Warrenville Rd.,    Suite 210,    Lisle IL 60532-1393
13685975      +RMS,    4836 Brecksville Rd,    POB 509,    Richfield OH 44286-0509
13685583      +RPM,    20816 44th Ave W,    Lynnwood WA 98036-7799
13685243      +Rauch-Milliken International, Inc,    Mason Avery,    POB 8390,    Metairie LA 70011-8390
13685978      +Rent.com,    2425 Olympic Blvd., Suite 400E,    Santat Monica CA 90404-4026
13685973      +Rochelle Disposal Service Inc,    POB 268,    Rochelle IL 61068-0268
13685970      +Rochelle Municipal Utilities,    333 Lincoln Highway,    Rochelle IL 61068-1684
13685250      +Rochelle News Leader,    211 Hwy 38 East,    POB 46,    Rochelle IL 61068-0046
13685856      +Rockford Auto Glass,    5401 E State St,    Rockford IL 61108-2902
13684997      +Rockford Industrial Welding,    Supply Inc,    4646 Linden Rd,    Rockford IL 61109-3300
13685971      +Royer Asphalt Paving,    2220 County Farm Rd,    DeKalb IL 60115-9401
13685986      +Scott & Sophia Hopman,    2942 Becket Ave,    Westchester IL 60154-5619
17447260      +Scott J. Vitkus Bankruptcy Estate,    c/o Trustee James E. Stevens,    6833 Stalter Drive,
                Rockford, IL 61108-2579
13685983       Scott Vitkus & Ramona Lezcano,    319 Samuel Alden Dr,    Sycamore IL 60178
13685863       Sears Commercial One,    POB 689131,    Des Moines IA 50368-9131
13685262      +Service Gas,    17742 Somonauk Rd,    POB 577,    Cortland IL 60112-0577
13685247       Shaw Suburban Media,    POB 250,    Crystal Lake IL 60039-0250
13684998      +Small Claims Court,    Mark Grochocinski,    1900 Ravinia Place,    Orland Park IL 60462-3760
13685256      +Smith & Tucker LLC,    1958 Aberdeen Coutr, Suite 1,    Sycamore IL 60178-3175
13685258      +Smith,Wykes & Associates,    513 W State St,    Sycamore IL 60178-1327
13685592      +Sterling United,    POB 300639,    Fern Park FL 32730-0639
13685236      +Supply Company,    230 W Stephanie Dr,    Cortland IL 60112-4082
13685859      +Sycamore Carpetland,    1719 DeKalb Ave,    Sycamore IL 60178-2707
13685245      +Szabo Assoc. Inc.,    Michael Peterson,    3355 Lenox Rd., N.E.,    9th Floor,
                Atlanta GA 30326-1395
13685839       T-Mobile,    Customer Relations,    POB 37380,    Albuquerque NM 87176-7380
13685251      +TCS Computers,    709 N 12th St.,    DeKalb IL 60115-3515
13684976      +The Affiliated Group,    POB 7739,    Rochester, MN 55903-7739
13684970       The Bank of New York,    Countrywide Home Loans,    POB 650070,    Dallas TX 75265-0070
13685989      +Thomas Chase,    574 N McLean Blvd. #2B,    Elgin IL 60123-3288
13685865       Town of Cortland,    59 S Somonauk Rd,    POB 519,    Cortland IL 60112-0519
13685257     #+Transworld Systems Inc,    Collection Agency,    POB 1864,    Santa Rosa CA 95402-1864
13685595      +Transworld Systems Inc,    9525 Sweet Valley Dr,    Valley View OH 44125-4237
13685844      +Trinity,    475 Sansome ST 19th Floor,    San Francisco CA 94111-3112
13685972      +Vulcan Materials Company,    1000 E Warrenville Rd.,    Suite 100,    Naperville IL 60563-2044
13685240      +WDEK-FM Radio,    Nine FM Newsweb Radio,    6012 S Pulaski Rd,    Chicago IL 60629-4538
13685241      +WDKB-FM,    2201 N 1st St., Suite 95,    DeKalb IL 60115-1800
13685980      +Wendler Engineering Services Inc,    698 Timber Creek Rd,    POB 486,    Dixon Il 61021-0486
13785865      +Wendler Engineering Services Inc,    c/o Megan G Heeg Esq,    P O Box 447,    Dixon, IL 61021-0447
13685864      +West Bend Mutual,    1900 S 18th Ave,    West Bend WI 53095-9791
13684966       Xcel Energy,    Northern States Power Co.,    POB 9477,    Mpls., MN 55484-9477
13685238      +Yellow Book,    6300 C St. SW,    Cedar Rapida IA 52404-7470
14204319      +Yelow Book USA (MPM),    c/o RMS Bankruptcy Recovery Services,    P O Box 5126,
                Timobium, Maryland 21094-5126
13685976      +Zukowski, Rogers, Flood & McArdle,    Gregory Preves,    50 Virginaia St,
                Crystal Lake IL 60014-4126
14704077      +eCAST Settlement Corp,    Assignee of HSBC Bank Nevada,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13685249      +eWorldLinx, Inc,    248 Palmer Court,    DeKalb IL 60115-3283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13685867      +E-mail/Text: bankrup@nicor.com May 11 2012 23:45:20     (NICOR) Northern Illinois Gas,
                Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
13685846      +E-mail/PDF: recoverybankruptcy@afninet.com May 12 2012 01:10:42      AFNI/Verizon,    404 Brock Dr,
                Bloomington IL 61701-2654
13684967       E-mail/Text: bklaw2@centurylink.com May 11 2012 23:51:32     CenturyTel,    POB 4300,
                Carol Stream, IL 60197-4300
```

```
District/off: 0752-3          User: lorsmith              Page 3 of 5                   Date Rcvd: May 11, 2012
                              Form ID: pdf006             Total Noticed: 150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13685866      +E-mail/Text: legalcollections@comed.com May 11 2012 23:47:20      ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,   Oak Brook IL 60523-1559
13771797      +E-mail/Text: legalcollections@comed.com May 11 2012 23:47:20      ComEd co.,    2100 Swift Drive,
               Attn.: Bankruptcy Section/Revenue Mgmt.,   OakBrook, IL 60523-1559
13684999      +E-mail/Text: joe.batie@eulerhermes.com May 11 2012 23:52:01       Euler Hermes UMA,    Don Paper,
               600 S 7th St.,   Louisville KY 40203-1968
13685235      +E-mail/Text: legal@fastenal.com May 11 2012 23:49:15     Fastenal Company,    POB 978,
               Winona MN 55987-0978
13685586       E-mail/Text: ebn@fmins.com May 11 2012 23:48:41     Frankenmuth Insurance,    One Mutual Ave,
               Frankenmuth MI 48787-0001
13685852       E-mail/Text: ally@ebn.phinsolutions.com May 11 2012 23:48:18      GMAC,   POB 380901,
               Bloomington MN 55438-0901
13684994      +E-mail/Text: jlewis@ksbwl.com May 11 2012 23:51:44     Hintzsche Oil,
               c/o Klein Stoddard Buck Waller & Lewis L,    2045 Aberdeen Court,   Sycamore, Il 60178-3140
14291670       E-mail/Text: cio.bncmail@irs.gov May 11 2012 23:42:12     Internal Revenue Service,
               Department of the Treasury,    Cincinnati, OH 45999
16154077       E-mail/Text: cio.bncmail@irs.gov May 11 2012 23:42:12     Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
13684996       E-mail/Text: creditadministration@lawsonproducts.com May 11 2012 23:49:26
               Lawson Products, Inc,    Corporate Headquarters,   1666 E Touhy Ave,    Des Plaines IL 60018-3683
13685845      +E-mail/Text: tmcclean@senb.com May 11 2012 23:48:09      MBC Financial,   POB 1467,
               Moline IL 61266-1467
13684975       E-mail/Text: bankruptcydepartment@ncogroup.com May 12 2012 00:08:46       NCO Financial Systems INC,
               POB 15391,   Wilmington DE 19850-5391
13684988       E-mail/Text: bankruptcydepartment@ncogroup.com May 12 2012 00:08:46
               NCO Financial Systems, Inc.,    POB 15740,   Wilmington DE 19850-5740
13685635      +E-mail/Text: appebnmailbox@sprint.com May 11 2012 23:46:18       Nextel,   Sprint Customer Service,
               POB 8077,   London KY 40742-8077
14141976      +E-mail/Text: resurgentbknotifications@resurgent.com May 11 2012 23:44:36
               PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
13684974       E-mail/Text: bkdepartment@rtresolutions.com May 12 2012 00:09:40       Real Time Resolutions Inc,
               1750 Regal Row Suite 120,    Dallas TX 75235-2287
14166207       E-mail/Text: bkdepartment@rtresolutions.com May 12 2012 00:09:40       Real Time Resolutions, Inc.,
               1750 Regal Row Suite 120,    PO Box 36655,   Dallas Texas 75235
13684995       E-mail/Text: credit@rscrental.com May 11 2012 23:49:01      RSC Equipment Rental,    POB 840514,
               Dallas TX 75284-0514
13685855       E-mail/PDF: cbp@slfs.com May 12 2012 01:20:46     American General Finance,
               630 Plaza Dr., Suite 8,   Sycamore IL 60178
14420571       E-mail/Text: bklaw2@centurylink.com May 11 2012 23:51:32      Telephone USA of Wisconsin, LLC,
               d/b/a CenturyTel,   c/o Rex D. Rainach, APLC,   3622 Government Street,
               Baton Rouge, LA  70806-5720
13684965       E-mail/PDF: bankruptcyverizoncom@afni.com May 12 2012 01:20:42       Verizon North,    POB 9688,
               Mission Hills, CA 91346-9688
13685838      +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 12 2012 01:00:40        Verizon Wireless,
               777 Big Timber Rd,    Elgin IL 60123-1401
13913805      +E-mail/Text: ally@ebn.phinsolutions.com May 11 2012 23:48:18       gmac,   po box 130424,
               roseville, mn 55113-0004
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13685596       Access Receivables,   Mary Wolfe
13685244       Allied Consultants
13685587       State Farm
13685862*      Corporate Receivables Inc,   POB 32995,   Phoenix AZ 85064-2995
14291673*    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,    Springfield, IL 62726-0001)
13685991*    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court:  Illinois Dept of Revenue,   Springfield IL 62726-0001)
13685253     ##+Big John Portable Toilet Rentals,   2508 Maryland Rd,   Polo IL 61064-9212
13684978     ##Corporate Receivables INC,   POB 32995,   Phoenix AZ 85064-2995
13685977     ##+Engstrom Excavating,   205 Industrial Dr,   DeKalb IL 60115-3933
13685982     ##+Gary Weber Associates Inc,   224 S Main St,   Wheaton IL 60187-5232
13685988     ##+John Bogaert,   1108 Woodland Heights Blvd,   Streamwood IL 60107-2253
13685847     ##RMS,   Janet Magee,   340 Interstate N. Parkway,   POB 723001,   Atlanta GA 31139-0001
                                                                             TOTALS: 3, * 3, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-3          User: lorsmith             Page 4 of 5            Date Rcvd: May 11, 2012
                              Form ID: pdf006            Total Noticed: 150

            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2012**               **Signature:**       /s/ Joseph Speetjens

```
District/off: 0752-3          User: lorsmith            Page 5 of 5              Date Rcvd: May 11, 2012
                              Form ID: pdf006           Total Noticed: 150
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2012 at the address(es) listed below:

```
          Dennis A Dressler    on behalf of Creditor   Center Capital Corporation ddressler@dresslerpeters.com
          James E Stevens    on behalf of Trustee James Stevens jimstevens@bslbv.com
          Joseph D Olsen    on behalf of Accountant Jeff Rolezynski jolsenlaw@aol.com,   IL46@ECFCBIS.com
          Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Megan G Heeg    on behalf of Creditor   Wendler Engineering Services, Inc. heeg@egbbl.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Steven L Nelson    on behalf of Creditor   Ford Motor Credit Company LLC snelson@snyderpark.com
          Thomas E. Laughlin    on behalf of Debtor Brian Grainger tloff@aol.com
          Todd J Ruchman    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as
           Trustee truchman@fisherandshapirolaw.com,   BK_IL_Notice@fisherandshapirolaw.com
                                                                                             TOTAL: 9
```