AMENDED

## Claims Proposed Distribution

### Case:  09-71071   GRAINGER, BRIAN CHARLES

| Case Balance: | $194.27 | Total Proposed Payment: | $194.27 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | Secured | 47,179.78 | 0.00 | 0.00 | 0.00 | 0.00 | 194.27 |
| 2 | Center Capital Corporation | Secured | 178,481.06 | 0.00 | 0.00 | 0.00 | 0.00 | 194.27 |
| 23 | Marcia Thompson | Secured | 6,031.07 | 0.00 | 0.00 | 0.00 | 0.00 | 194.27 |
|  | JOSEPH D. OLSEN <2200-00 Trustee Expenses> | Admin Ch. 7 | 3,156.17 | 3,156.17 | 3,156.17 | 0.00 | 0.00 | 194.27 |
|  | JOSEPH D. OLSEN <2100-00 Trustee Compensation> | Admin Ch. 7 | 18,650.64 | 18,650.64 | 18,650.64 | 0.00 | 0.00 | 194.27 |
|  | Yalden, Olsen & Willette <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,228.75 | 3,228.75 | 3,228.75 | 0.00 | 0.00 | 194.27 |
| 13P | Illinois Department of Revenue | Priority | 9,657.00 | 9,657.00 | 9,657.00 | 0.00 | 0.00 | 194.27 |
| 19 | Internal Revenue Service | Priority | 100,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 194.27 |
| 20 | Illinois Department of Revenue | Priority | 16,751.00 | 0.00 | 0.00 | 0.00 | 0.00 | 194.27 |
| 31P | Internal Revenue Service | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 194.27 |
| 3 | ComEd co. | Unsecured | 587.16 | 587.16 | 471.58 | 115.58 | 0.39 | 193.88 |
| 4 | 84 Lumber | Unsecured | 22,373.88 | 22,373.88 | 17,969.53 | 4,404.35 | 14.78 | 179.10 |
| 5 | Wendler Engineering Services Inc | Unsecured | 61,270.17 | 33,881.59 | 27,211.93 | 6,669.66 | 22.37 | 156.73 |
| 6 | gmac | Unsecured | 5,193.00 | 0.00 | 0.00 | 0.00 | 0.00 | 156.73 |
| 6 -2 | gmac | Unsecured | 5,193.00 | 5,193.00 | 4,170.75 | 1,022.25 | 3.42 | 153.31 |
| 7 | Financial Management Services, Inc. | Unsecured | 8,467.34 | 8,467.34 | 6,800.53 | 1,666.81 | 5.58 | 147.73 |
| 8 | John Bogaert | Unsecured | 33,600.00 | 33,600.00 | 26,985.77 | 6,614.23 | 22.17 | 125.56 |
| 9 | Gary Weber Associates Inc | Unsecured | 4,058.14 | 4,058.14 | 3,259.29 | 798.85 | 2.67 | 122.89 |
| 10 | Sycamore Carpetland | Unsecured | 4,092.54 | 4,092.54 | 3,286.91 | 805.63 | 2.71 | 120.18 |
| 11 | PYOD LLC its successors and assigns as assignee of | Unsecured | 11,882.38 | 11,882.38 | 9,543.31 | 2,339.07 | 7.84 | 112.34 |
| 12 | PYOD LLC its successors and assigns as assignee of | Unsecured | 7,137.37 | 7,137.37 | 5,732.36 | 1,405.01 | 4.71 | 107.63 |
| 13U | Illinois Department of Revenue | Unsecured | 1,726.00 | 1,726.00 | 1,386.23 | 339.77 | 1.14 | 106.49 |
| 14 | Real Time Resolutions, Inc. | Unsecured | 41,572.19 | 41,572.19 | 33,388.61 | 8,183.58 | 27.44 | 79.05 |
| 15 | National Bank & Trust | Unsecured | 2,693.09 | 2,693.09 | 2,162.95 | 530.14 | 1.78 | 77.27 |
| 16 | City of DeKalb | Unsecured | 142.62 | 142.62 | 114.54 | 28.08 | 0.10 | 77.17 |
| 17 | Yelow Book USA (MPM) | Unsecured | 4,895.00 | 4,895.00 | 3,931.41 | 963.59 | 3.23 | 73.94 |
| 18 | Royer Asphalt Paving | Unsecured | 4,288.00 | 4,288.00 | 3,443.90 | 844.10 | 2.83 | 71.11 |
| 21 | Town of Cortland | Unsecured | 1,253.56 | 1,253.56 | 1,006.79 | 246.77 | 0.83 | 70.28 |

## Claims Proposed Distribution

### Case:  09-71071   GRAINGER, BRIAN CHARLES

| Case Balance: | $194.27 | Total Proposed Payment: | $194.27 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 22 | Hintzsche Oil | Unsecured | 42,139.19 | 42,139.19 | 33,844.00 | 8,295.19 | 27.81 | 42.47 |
| 24 | Cash Recovery LLC | Unsecured | 47,812.40 | 47,812.40 | 38,400.43 | 9,411.97 | 31.55 | 10.92 |
| 25 | Telephone USA of Wisconsin, LLC | Unsecured | 107.40 | 107.40 | 86.26 | 21.14 | 0.07 | 10.85 |
| 26 | AFNI/Verizon | Unsecured | 241.88 | 0.00 | 0.00 | 0.00 | 0.00 | 10.85 |
| 27 | Smith & Tucker LLC | Unsecured | 16,436.12 | 16,436.12 | 13,200.63 | 3,235.49 | 10.85 | 0.00 |
| 28 | eCAST Settlement Corp | Unsecured | 88,873.90 | 88,873.90 | 0.00 | 88,873.90 | 0.00 | 0.00 |
| 29 | Charles A.& Nicole Criswell | Unsecured | 1,512.00 | 1,512.00 | 0.00 | 1,512.00 | 0.00 | 0.00 |
| 30 | CitiFinancial, Inc | Unsecured | 9,654.20 | 9,654.20 | 0.00 | 9,654.20 | 0.00 | 0.00 |
| 31U | Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 32 | Trustee James E. Stevens | Unsecured | 60,000.00 | 60,000.00 | 0.00 | 60,000.00 | 0.00 | 0.00 |
| | Total for Case 09-71071 : | | $870,338.00 | $489,071.63 | $271,090.27 | $217,981.36 | $194.27 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $25,035.56 | $25,035.56 | $25,035.56 | $0.00 | 100.000000% |
| Total Priority Claims : | $126,408.00 | $9,657.00 | $9,657.00 | $0.00 | 100.000000% |
| Total Secured Claims : | $231,691.91 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $487,202.53 | $454,379.07 | $236,397.71 | $194.27 | 52.069295% |