## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re:  GRAINGER, BRIAN CHARLES § Case No. 09-71071
       GRAINGER, SUSAN CHRISTINE §
        §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $477,199.40     Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $246,248.98     Claims Discharged
                                      Without Payment: $217,818.64

Total Expenses of Administration: $61,763.91

---

    3) Total gross receipts of $ 308,012.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $308,012.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $231,691.91 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 59,066.91 | 59,066.91 | 59,066.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 2,697.00 | 2,697.00 | 2,697.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 126,408.00 | 9,657.00 | 9,657.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 487,234.08 | 454,410.62 | 236,591.98 |
| **TOTAL DISBURSEMENTS** | $0.00 | $907,097.90 | $525,831.53 | $308,012.89 |

4) This case was originally filed under Chapter 7 on March 23, 2009. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2013          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---:|
| Tax Refunds tax refund 12/05 | 1124-000 | 157,674.16 |
| Tax Refund 12/06 | 1224-000 | 18,259.91 |
| 08 tax refunds | 1224-000 | 1,289.06 |
| Federal tax refund 12/03 | 1224-000 | 71,000.33 |
| Federal tax refund - 12/04 | 1224-000 | 256.00 |
| Federal tax refund - 12/06 | 1224-000 | 59,193.77 |
| Interest Income | 1270-000 | 339.66 |
| **TOTAL GROSS RECEIPTS** | | **$308,012.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---:|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---:|---|---|---:|---:|---:|---:|
| 1 | Ford Motor Credit Company LLC | 4110-000 | N/A | 47,179.78 | 0.00 | 0.00 |
| 2 | Center Capital Corporation | 4110-000 | N/A | 178,481.06 | 0.00 | 0.00 |
| 23 | Marcia Thompson | 4110-000 | N/A | 6,031.07 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$231,691.91** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 18,650.64 | 18,650.64 | 18,650.64 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 3,156.17 | 3,156.17 | 3,156.17 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 3,228.75 | 3,228.75 | 3,228.75 |
| American National Tax and Payroll | 3410-000 | N/A | 10,163.75 | 10,163.75 | 10,163.75 |
| American National Tax & Payroll | 3310-000 | N/A | 5,316.00 | 5,316.00 | 5,316.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 142.17 | 142.17 | 142.17 |
| United States Treasury | 2810-000 | N/A | 2,585.00 | 2,585.00 | 2,585.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 118.00 | 118.00 | 118.00 |
| United States Treasury | 2810-000 | N/A | 1,784.00 | 1,784.00 | 1,784.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 496.00 | 496.00 | 496.00 |
| United States Treasury | 2810-000 | N/A | 15.54 | 15.54 | 15.54 |
| American National Tax & Payroll | 3310-000 | N/A | 2,706.25 | 2,706.25 | 2,706.25 |
| Illinois Department of Revenue | 2820-000 | N/A | 50.61 | 50.61 | 50.61 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 232.24 | 232.24 | 232.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 288.22 | 288.22 | 288.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 252.00 | 252.00 | 252.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 563.61 | 563.61 | 563.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 576.54 | 576.54 | 576.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 556.20 | 556.20 | 556.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 612.59 | 612.59 | 612.59 |
| American National Tax & Payroll | 3310-000 | N/A | 250.00 | 250.00 | 250.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 572.86 | 572.86 | 572.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 607.82 | 607.82 | 607.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 549.54 | 549.54 | 549.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 567.36 | 567.36 | 567.36 |
| Brian C. Grainger and Susan C. Grainger | 2990-000 | N/A | 5,025.05 | 5,025.05 | 5,025.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $59,066.91 | $59,066.91 | $59,066.91 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 6820-000 | N/A | 463.00 | 463.00 | 463.00 |
| Department of th Treasury | 6810-000 | N/A | 2,234.00 | 2,234.00 | 2,234.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $2,697.00 | $2,697.00 | $2,697.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13P | Illinois Department of Revenue | 5800-000 | N/A | 9,657.00 | 9,657.00 | 9,657.00 |
| 19 | Internal Revenue Service | 5800-000 | N/A | 100,000.00 | 0.00 | 0.00 |
| 20 | Illinois Department of Revenue | 5800-000 | N/A | 16,751.00 | 0.00 | 0.00 |
| 31P | Internal Revenue Service | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $126,408.00 | $9,657.00 | $9,657.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | ComEd co. | 7100-000 | N/A | 587.16 | 587.16 | 471.97 |
| 4 | 84 Lumber | 7100-000 | N/A | 22,373.88 | 22,373.88 | 17,984.31 |
| 5 | Wendler Engineering Services Inc | 7100-000 | N/A | 61,270.17 | 33,881.59 | 27,234.30 |
| 6 | gmac | 7100-000 | N/A | 5,193.00 | 0.00 | 0.00 |
| 6 -2 | gmac | 7100-000 | N/A | 5,193.00 | 5,193.00 | 4,174.17 |
| 7 | Financial Management Services, Inc. | 7100-000 | N/A | 8,467.34 | 8,467.34 | 6,806.11 |
| 8 | John Bogaert | 7100-000 | N/A | 33,600.00 | 33,600.00 | 27,007.94 |
| 9 | Gary Weber Associates Inc | 7100-000 | N/A | 4,058.14 | 4,058.14 | 3,261.96 |
| 10 | Sycamore Carpetland | 7100-000 | N/A | 4,092.54 | 4,092.54 | 3,289.62 |
| 11 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 11,882.38 | 11,882.38 | 9,551.15 |
| 12 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 7,137.37 | 7,137.37 | 5,737.07 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13U | Illinois Department of Revenue | 7100-000 | N/A | 1,726.00 | 1,726.00 | 1,387.37 |
| 14 | Real Time Resolutions, Inc. | 7100-000 | N/A | 41,572.19 | 41,572.19 | 33,416.05 |
| 15 | National Bank & Trust | 7100-000 | N/A | 2,693.09 | 2,693.09 | 2,164.73 |
| 16 | City of DeKalb | 7100-000 | N/A | 142.62 | 142.62 | 114.64 |
| 17 | Yelow Book USA (MPM) | 7100-000 | N/A | 4,895.00 | 4,895.00 | 3,934.64 |
| 18 | Royer Asphalt Paving | 7100-000 | N/A | 4,288.00 | 4,288.00 | 3,446.73 |
| 21 | Town of Cortland | 7100-000 | N/A | 1,253.56 | 1,253.56 | 1,007.62 |
| 22 | Hintzsche Oil | 7100-000 | N/A | 42,139.19 | 42,139.19 | 33,871.81 |
| 24 | Cash Recovery LLC | 7100-000 | N/A | 47,812.40 | 47,812.40 | 38,400.43 |
| 25 | Telephone USA of Wisconsin, LLC | 7100-000 | N/A | 107.40 | 107.40 | 86.33 |
| 26 | AFNI/Verizon | 7100-000 | N/A | 241.88 | 0.00 | 0.00 |
| 27 | Smith & Tucker LLC | 7100-000 | N/A | 16,436.12 | 16,436.12 | 13,211.48 |
| 28 | eCAST Settlement Corp | 7200-000 | N/A | 88,873.90 | 88,873.90 | 0.00 |
| 29 | Charles A.& Nicole Criswell | 7200-000 | N/A | 1,512.00 | 1,512.00 | 0.00 |
| 30 | CitiFinancial, Inc | 7200-000 | N/A | 9,654.20 | 9,654.20 | 0.00 |
| 31U | Internal Revenue Service | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 32 | Trustee James E. Stevens | 7200-000 | N/A | 60,000.00 | 60,000.00 | 0.00 |
| | United States Bankruptcy Court | 7100-001 | N/A | 31.55 | 31.55 | 31.55 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $487,234.08 | $454,410.62 | $236,591.98 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Period Ending:** 03/26/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/23/09 (f)  
**§341(a) Meeting Date:** 04/30/09  
**Claims Bar Date:** 09/21/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence located at 3697 Eagle Court, DeKalb, | 389,900.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | The National Bank & Trust Co. - Checking account | 100.00 | 0.00 | | 0.00 | FA |
| 4 | The National Bank & Trust Co. Savings Account 10 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Standard Household furnishings audio, video, and | 4,000.00 | 0.00 | | 0.00 | FA |
| 6 | Everyday wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding rings | 800.00 | 0.00 | | 0.00 | FA |
| 8 | 20 Riffle and other hobby equipment. | 50.00 | 0.00 | | 0.00 | FA |
| 9 | AIG Policy AS0014143L - Universal Life Insurance | 1,080.25 | 0.00 | | 0.00 | FA |
| 10 | AIG Policy AS0014549L - Universal Life Insurance | 3,026.08 | 0.00 | | 0.00 | FA |
| 11 | AIG Policy AS0015897L - Universal Life Insurance | 643.07 | 0.00 | | 0.00 | FA |
| 12 | AIG Policy YS00031318 - Term Life Insurance on B | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Term Life on Brian Grainger assigned to Castle B | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Edward Jones Co., DeKalb, IL | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | Tax Refunds tax refund 12/05 | 138,000.00 | 157,674.16 | | 157,674.16 | FA |
| 16 | 2002 GMC Yukon | 8,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2006 Chevrolet Suburban K1500 | 19,500.00 | 0.00 | | 0.00 | FA |
| 18 | 2007 Ford F550 6.0LDiesel Truck | 30,000.00 | 0.00 | | 0.00 | FA |
| 19 | All Terrain Fork Lift | 15,000.00 | 0.00 | | 0.00 | FA |
| 20 | Office furniture | 500.00 | 0.00 | | 0.00 | FA |
| 21 | Misc. tools of trade. | 2,500.00 | 0.00 | | 0.00 | FA |
| 22 | Two dogs. | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Tax Refund 12/06  (u) | 0.00 | 18,259.91 | | 18,259.91 | FA |
| 24 | State of Illinois - tax refund - 2005  (u) | 0.00 | Unknown | | 0.00 | FA |
| 25 | State of Illinois - tax refund 2006  (u) | 0.00 | Unknown | | 0.00 | FA |
| 26 | Federa tax refunds (prior to 2005)  (u) | 0.00 | 195,989.00 | | 0.00 | FA |
| 27 | 08 tax refunds  (u) | Unknown | 2,491.00 | | 1,289.06 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Period Ending:** 03/26/13

**Trustee:** (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 03/23/09 (f)  
**§341(a) Meeting Date:** 04/30/09  
**Claims Bar Date:** 09/21/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 28 | Federal tax refund 12/03 (u) | 0.00 | 71,000.33 | | 71,000.33 | FA |
| 29 | Federal tax refund - 12/04 (u) | 0.00 | 256.00 | | 256.00 | FA |
| 30 | Federal tax refund - 12/06 (u) | 0.00 | 59,193.77 | | 59,193.77 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 339.66 | FA |
| 31 | **Assets  Totals** (Excluding unknown values) | **$615,199.40** | **$504,864.17** | | **$308,012.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 30, 2012           **Current Projected Date Of Final Report (TFR):**   May 10, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 09-71071 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** GRAINGER, BRIAN CHARLES | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| GRAINGER, SUSAN CHRISTINE | **Account:** \*\*\*-\*\*\*\*\*98-65 - Money Market Account |
| **Taxpayer ID #:** \*\*-\*\*\*9570 | **Blanket Bond:** $820,095.60   (per case limit) |
| **Period Ending:** 03/26/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/26/09 | {15} | United States Treasury | 12/05 tax refund | 1124-000 | 157,674.16 | | 157,674.16 |
| 06/26/09 | {23} | United States Treasury | tax refund - 12/06 | 1224-000 | 18,259.91 | | 175,934.07 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 175,934.30 |
| 07/14/09 | | ACCOUNT FUNDED: \*\*\*\*\*\*\*\*9819 | | 9999-000 | | 150,000.00 | 25,934.30 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.74 | | 25,938.04 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,939.13 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,940.18 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,941.23 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,942.32 |
| 12/10/09 | | To Account #\*\*\*\*\*\*\*\*9866 | Pay Acct. fees per 12/9/09 order | 9999-000 | | 10,163.75 | 15,778.57 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 15,779.35 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 15,779.97 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 15,780.57 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 15,781.27 |
| 04/14/10 | | To Account #\*\*\*\*\*\*\*\*9866 | pay taxing authorities | 9999-000 | | 3,000.00 | 12,781.27 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.38 | | 12,781.65 |
| 04/20/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*9865 | Wire out to BNYM account 9200\*\*\*\*\*\*9865 | 9999-000 | -12,781.65 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 163,163.75 | 163,163.75 | $0.00 |
| | | | Less: Bank Transfers | | -12,781.65 | 163,163.75 | |
| | | | **Subtotal** | | 175,945.40 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$175,945.40** | **$0.00** | |

{} Asset reference(s)

Printed: 03/26/2013 10:18 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Taxpayer ID #:** **-***9570  
**Period Ending:** 03/26/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-19 - Time Deposit Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/09 | | FUNDING ACCOUNT: ********9865 | | 9999-000 | 150,000.00 | | 150,000.00 |
| 08/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.49 | | 150,018.49 |
| 09/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.73 | | 150,038.22 |
| 10/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.50 | | 150,056.72 |
| 11/13/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.50 | | 150,075.22 |
| 12/14/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.12 | | 150,094.34 |
| 01/13/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.51 | | 150,112.85 |
| 02/12/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.51 | | 150,131.36 |
| 03/15/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 19.13 | | 150,150.49 |
| 04/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.51 | | 150,169.00 |
| 05/14/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 18.51 | | 150,187.51 |
| 05/18/10 | | Transfer out to account ********9866 | Transfer out to account ********9866 | 9999-000 | -150,187.51 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -187.51 | 0.00 | |
| | | | **Subtotal** | | **187.51** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$187.51** | **$0.00** | |

{} Asset reference(s)

Printed: 03/26/2013 10:18 AM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Taxpayer ID #:** **-***9570  
**Period Ending:** 03/26/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/09 | | From Account #********9865 | Pay Acct. fees per 12/9/09 order | 9999-000 | 10,163.75 | | 10,163.75 |
| 12/11/09 | 101 | American National Tax and Payroll | Per Ct. Order of 12/9/09 - pay acct. fees | 3410-000 | | 10,163.75 | 0.00 |
| 04/14/10 | | From Account #********9865 | pay taxing authorities | 9999-000 | 3,000.00 | | 3,000.00 |
| 04/15/10 | 102 | Illinois Department of Revenue | IL-1041-V 12/09 taxes | 6820-000 | | 463.00 | 2,537.00 |
| 04/15/10 | 103 | Department of th Treasury | 2009 - Form 1041 taxes | 6810-000 | | 2,234.00 | 303.00 |
| 04/20/10 | | Wire out to BNYM account 9200******9866 | Wire out to BNYM account 9200******9866 | 9999-000 | -303.00 | | 0.00 |
| 05/18/10 | | Transfer in from account ********9819 | Transfer in from account ********9819 | 9999-000 | 150,187.51 | | 150,187.51 |
| 05/18/10 | | Wire out to BNYM account 9200******9819 | Wire out to BNYM account 9200******9819 | 9999-000 | -150,187.51 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,860.75 | 12,860.75 | $0.00 |
| | | | Less: Bank Transfers | | 12,860.75 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **12,860.75** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$12,860.75** | |

{} Asset reference(s)      Printed: 03/26/2013 10:18 AM    V.13.13

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Taxpayer ID #:** **-***9570  
**Period Ending:** 03/26/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-19 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9866 | Wire in from JPMorgan Chase Bank, N.A. account ********9866 | 9999-000 | 150,187.51 | | 150,187.51 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 8.64 | | 150,196.15 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 18.51 | | 150,214.66 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 19.14 | | 150,233.80 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 19.14 | | 150,252.94 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.70 | | 150,256.64 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.82 | | 150,260.46 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.70 | | 150,264.16 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.82 | | 150,267.98 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.82 | | 150,271.80 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.45 | | 150,275.25 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.82 | | 150,279.07 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.47 | | 150,281.54 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.23 | | 150,282.77 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 3.82 | | 150,286.59 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.19 | | 150,287.78 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.27 | | 150,289.05 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 288.22 | 150,000.83 |
| 08/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.16 | | 150,000.99 |
| 08/05/11 | | To Account #9200******9865 | Transfer funds per JDO to other MMA | 9999-000 | | 150,000.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 150,289.21 | 150,289.21 | $0.00 |
| | | | Less: Bank Transfers | | 150,187.51 | 150,000.99 | |
| | | | **Subtotal** | | 101.70 | 288.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$101.70** | **$288.22** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-71071 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | GRAINGER, BRIAN CHARLES | | Bank Name: | The Bank of New York Mellon |
| | GRAINGER, SUSAN CHRISTINE | | Account: | 9200-******98-65 - Checking Account |
| Taxpayer ID #: | **-***9570 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 03/26/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9865 | Wire in from JPMorgan Chase Bank, N.A. account ********9865 | 9999-000 | 12,781.65 | | 12,781.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.26 | | 12,781.91 |
| 05/11/10 | {27} | United States Treasury | 12/08 tax refund | 1224-000 | 1,289.06 | | 14,070.97 |
| 05/20/10 | | To Account #9200******9866 | Per Court Order of 5/12 - transfer monies to pay accts. | 9999-000 | | 5,316.00 | 8,754.97 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.69 | | 8,755.66 |
| 06/08/10 | | To Account #9200******9866 | balance of bond premium | 9999-000 | | 10.15 | 8,745.51 |
| 06/28/10 | | To Account #9200******9866 | Pay IRS & IL Dept. of Revenue | 9999-000 | | 4,983.00 | 3,762.51 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.48 | | 3,762.99 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.22 | | 3,763.21 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.22 | | 3,763.43 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,763.46 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 3,763.49 |
| 11/18/10 | {28} | United States Treasury | federal tax refund for December 2003 | 1224-000 | 71,000.33 | | 74,763.82 |
| 11/18/10 | {29} | United States Treasury | federal tax refund for yr. 12/04 | 1224-000 | 256.00 | | 75,019.82 |
| 11/18/10 | {30} | United States Treasury | federal tax refund for yr. 12/06 | 1224-000 | 59,193.77 | | 134,213.59 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.33 | | 134,214.92 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.41 | | 134,218.33 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.41 | | 134,221.74 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.08 | | 134,224.82 |
| 03/18/11 | | To Account #9200******9866 | Transfer funds to pay accountants | 9999-000 | | 2,550.81 | 131,674.01 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.38 | | 131,677.39 |
| 04/04/11 | | To Account #9200******9866 | pymt of IL Dept. of Revenue for 12/09 reporting period | 9999-000 | | 50.61 | 131,626.78 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.23 | | 131,630.01 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 3.34 | | 131,633.35 |
| 06/01/11 | | To Account #9200******9866 | pay bond premium | 9999-000 | | 232.23 | 131,401.12 |
| 06/01/11 | | To Account #9200******9866 | balance to pay bond premium | 9999-000 | | 0.01 | 131,401.11 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.07 | | 131,402.18 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 1.11 | | 131,403.29 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 252.00 | 131,151.29 |
| 08/05/11 | | From Account #9200******9819 | Transfer funds per JDO to other MMA | 9999-000 | 150,000.99 | | 281,152.28 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 2.20 | | 281,154.48 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 572.61 | 280,581.87 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -9.00 | 280,590.87 |

Subtotals :        $294,549.29        $13,958.42

{} Asset reference(s)

Printed: 03/26/2013 10:18 AM     V.13.13

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Taxpayer ID #:** **-***9570  
**Period Ending:** 03/26/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-65 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.29 | | 280,593.16 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 576.54 | 280,016.62 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.36 | | 280,018.98 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 556.20 | 279,462.78 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.28 | | 279,465.06 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 612.59 | 278,852.47 |
| 12/22/11 | | To Account #9200******9866 | Per Court Order of 12/21/11 to pay accountants | 9999-000 | | 250.00 | 278,602.47 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.35 | | 278,604.82 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 572.86 | 278,031.96 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 2.35 | | 278,034.31 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 607.82 | 277,426.49 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 549.54 | 276,876.95 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 567.36 | 276,309.59 |
| 04/13/12 | 11001 | Brian C. Grainger and Susan C. Grainger | Per Court order of 4/11/12 - Admin. expense to debtors | 2990-000 | | 5,025.05 | 271,284.54 |
| 06/12/12 | 11002 | Yalden, Olsen & Willette | Dividend paid 100.00% on $3,228.75, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,228.75 | 268,055.79 |
| 06/12/12 | 11003 | JOSEPH D. OLSEN | Dividend paid 100.00% on $18,650.64, Trustee Compensation;  Reference: | 2100-000 | | 18,650.64 | 249,405.15 |
| 06/12/12 | 11004 | JOSEPH D. OLSEN | Dividend paid 100.00% on $3,156.17, Trustee Expenses;  Reference: | 2200-000 | | 3,156.17 | 246,248.98 |
| 06/12/12 | 11005 | ComEd co. | Dividend paid 80.31% on $587.16; Claim# 3; Filed: $587.16; Reference: | 7100-000 | | 471.58 | 245,777.40 |
| 06/12/12 | 11006 | 84 Lumber | Dividend paid 80.31% on $22,373.88; Claim# 4; Filed: $22,373.88; Reference: | 7100-000 | | 17,969.53 | 227,807.87 |
| 06/12/12 | 11007 | Wendler Engineering Services Inc | Dividend paid 80.31% on $33,881.59; Claim# 5; Filed: $61,270.17; Reference: | 7100-000 | | 27,211.93 | 200,595.94 |
| 06/12/12 | 11008 | gmac | Dividend paid 80.31% on $5,193.00; Claim# 6-2; Filed: $5,193.00; Reference: | 7100-000 | | 4,170.75 | 196,425.19 |
| 06/12/12 | 11009 | Financial Management Services, Inc. | Dividend paid 80.31% on $8,467.34; Claim# 7; Filed: $8,467.34; Reference: | 7100-000 | | 6,800.53 | 189,624.66 |
| 06/12/12 | 11010 | John Bogaert | Dividend paid 80.31% on $33,600.00; Claim# 8; Filed: $33,600.00; Reference: | 7100-000 | | 26,985.77 | 162,638.89 |
| 06/12/12 | 11011 | Gary Weber Associates Inc | Dividend paid 80.31% on $4,058.14; Claim# 9; Filed: $4,058.14; Reference: | 7100-000 | | 3,259.29 | 159,379.60 |
| 06/12/12 | 11012 | Sycamore Carpetland | Dividend paid 80.31% on $4,092.54; Claim# 10; Filed: $4,092.54; Reference: | 7100-000 | | 3,286.91 | 156,092.69 |

Subtotals :              $11.63        $124,509.81

{} Asset reference(s)                                               Printed: 03/26/2013 10:18 AM     V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Taxpayer ID #:** **-***9570  
**Period Ending:** 03/26/13  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-65 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/12 | 11013 | Real Time Resolutions, Inc. | Dividend paid 80.31% on $41,572.19; Claim# 14; Filed: $41,572.19; Reference: | 7100-000 | | 33,388.61 | 122,704.08 |
| 06/12/12 | 11014 | National Bank & Trust | Dividend paid 80.31% on $2,693.09; Claim# 15; Filed: $2,693.09; Reference: | 7100-000 | | 2,162.95 | 120,541.13 |
| 06/12/12 | 11015 | City of DeKalb | Dividend paid 80.31% on $142.62; Claim# 16; Filed: $142.62; Reference: | 7100-000 | | 114.54 | 120,426.59 |
| 06/12/12 | 11016 | Yelow Book USA (MPM) | Dividend paid 80.31% on $4,895.00; Claim# 17; Filed: $4,895.00; Reference: | 7100-000 | | 3,931.41 | 116,495.18 |
| 06/12/12 | 11017 | Royer Asphalt Paving | Dividend paid 80.31% on $4,288.00; Claim# 18; Filed: $4,288.00; Reference: | 7100-000 | | 3,443.90 | 113,051.28 |
| 06/12/12 | 11018 | Town of Cortland | Dividend paid 80.31% on $1,253.56; Claim# 21; Filed: $1,253.56; Reference: | 7100-000 | | 1,006.79 | 112,044.49 |
| 06/12/12 | 11019 | Hintzsche Oil | Dividend paid 80.31% on $42,139.19; Claim# 22; Filed: $42,139.19; Reference: | 7100-000 | | 33,844.00 | 78,200.49 |
| 06/12/12 | 11020 | Cash Recovery LLC | Dividend paid 80.31% on $47,812.40; Claim# 24; Filed: $47,812.40; Reference: | 7100-000 | | 38,400.43 | 39,800.06 |
| 06/12/12 | 11021 | Telephone USA of Wisconsin, LLC | Dividend paid 80.31% on $107.40; Claim# 25; Filed: $107.40; Reference: | 7100-000 | | 86.26 | 39,713.80 |
| 06/12/12 | 11022 | AFNI/Verizon | Dividend paid 80.31% on $241.88; Claim# 26; Filed: $241.88; Reference: Voided on 08/24/12 | 7100-003 | | 194.27 | 39,519.53 |
| 06/12/12 | 11023 | Smith & Tucker LLC | Dividend paid 80.31% on $16,436.12; Claim# 27; Filed: $16,436.12; Reference: | 7100-000 | | 13,200.63 | 26,318.90 |
| 06/12/12 | 11024 | Illinois Department of Revenue | Combined Check for Claims#13U,13P | | | 11,043.23 | 15,275.67 |
| | | | Dividend paid 80.31% on $1,726.00; Claim# 13U; Filed: $1,726.00    1,386.23 | 7100-000 | | | 15,275.67 |
| | | | Dividend paid 100.00% on $9,657.00; Claim# 13P; Filed: $9,657.00    9,657.00 | 5800-000 | | | 15,275.67 |
| 06/12/12 | 11025 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#11,12 | | | 15,275.67 | 0.00 |
| | | | Dividend paid 80.31% on $11,882.38; Claim# 11; Filed: $11,882.38    9,543.31 | 7100-000 | | | 0.00 |
| | | | Dividend paid 80.31% on $7,137.37; Claim# 12; Filed: $7,137.37    5,732.36 | 7100-000 | | | 0.00 |
| 08/24/12 | 11022 | AFNI/Verizon | Dividend paid 80.31% on $241.88; Claim# 26; | 7100-003 | | -194.27 | 194.27 |

Subtotals :     $0.00     $155,898.42

{} Asset reference(s)                                         Printed: 03/26/2013 10:18 AM     V.13.13

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-71071  
**Case Name:** GRAINGER, BRIAN CHARLES  
GRAINGER, SUSAN CHRISTINE  
**Taxpayer ID #:** **-***9570  
**Period Ending:** 03/26/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-65 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Filed: $241.88; Reference:<br>Voided: check issued on 06/12/12 | | | | | |
| 10/17/12 | 11026 | 84 Lumber | Dividend paid 80.38% on $22,373.88; Claim# 4; Filed: $22,373.88; Reference: | | 7100-000 | | 14.78 | 179.49 |
| 10/17/12 | 11027 | Wendler Engineering Services Inc | Dividend paid 80.38% on $33,881.59; Claim# 5; Filed: $61,270.17; Reference: | | 7100-000 | | 22.37 | 157.12 |
| 10/17/12 | 11028 | Financial Management Services, Inc. | Dividend paid 80.38% on $8,467.34; Claim# 7; Filed: $8,467.34; Reference: | | 7100-000 | | 5.58 | 151.54 |
| 10/17/12 | 11029 | John Bogaert | Dividend paid 80.38% on $33,600.00; Claim# 8; Filed: $33,600.00; Reference: | | 7100-000 | | 22.17 | 129.37 |
| 10/17/12 | 11030 | Real Time Resolutions, Inc. | Dividend paid 80.38% on $41,572.19; Claim# 14; Filed: $41,572.19; Reference: | | 7100-000 | | 27.44 | 101.93 |
| 10/17/12 | 11031 | Hintzsche Oil | Dividend paid 80.38% on $42,139.19; Claim# 22; Filed: $42,139.19; Reference: | | 7100-000 | | 27.81 | 74.12 |
| 10/17/12 | 11032 | Cash Recovery LLC | Dividend paid 80.38% on $47,812.40; Claim# 24; Filed: $47,812.40; Reference:<br>Stopped on 01/21/13 | | 7100-004 | | 31.55 | 42.57 |
| 10/17/12 | 11033 | Smith & Tucker LLC | Dividend paid 80.38% on $16,436.12; Claim# 27; Filed: $16,436.12; Reference: | | 7100-000 | | 10.85 | 31.72 |
| 10/17/12 | 11034 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | | 19.17 | 12.55 |
| | | | Dividend paid 80.38% on $587.16; Claim# 3; Filed: $587.16 | 0.39 | 7100-000 | | | 12.55 |
| | | | Dividend paid 80.38% on $5,193.00; Claim# 6 -2; Filed: $5,193.00 | 3.42 | 7100-000 | | | 12.55 |
| | | | Dividend paid 80.38% on $4,058.14; Claim# 9; Filed: $4,058.14 | 2.67 | 7100-000 | | | 12.55 |
| | | | Dividend paid 80.38% on $4,092.54; Claim# 10; Filed: $4,092.54 | 2.71 | 7100-000 | | | 12.55 |
| | | | Dividend paid 80.38% on $1,726.00; Claim# 13U; Filed: $1,726.00 | 1.14 | 7100-000 | | | 12.55 |
| | | | Dividend paid 80.38% on $2,693.09; Claim# 15; Filed: $2,693.09 | 1.78 | 7100-000 | | | 12.55 |
| | | | Dividend paid 80.38% | 0.10 | 7100-000 | | | 12.55 |

Subtotals : $0.00  $181.72

{} Asset reference(s)  

Printed: 03/26/2013 10:18 AM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 09-71071 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | GRAINGER, BRIAN CHARLES | | Bank Name: | The Bank of New York Mellon |
| | GRAINGER, SUSAN CHRISTINE | | Account: | 9200-******98-65 - Checking Account |
| Taxpayer ID #: | **-***9570 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 03/26/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | on $142.62;  Claim# 16;<br>Filed: $142.62 | | | | | |
| | | | Dividend paid  80.38%<br>on $4,895.00;  Claim#<br>17; Filed: $4,895.00 | 3.23 | 7100-000 | | | 12.55 |
| | | | Dividend paid  80.38%<br>on $4,288.00;  Claim#<br>18; Filed: $4,288.00 | 2.83 | 7100-000 | | | 12.55 |
| | | | Dividend paid  80.38%<br>on $1,253.56;  Claim#<br>21; Filed: $1,253.56 | 0.83 | 7100-000 | | | 12.55 |
| | | | Dividend paid  80.38%<br>on $107.40;  Claim# 25;<br>Filed: $107.40 | 0.07 | 7100-000 | | | 12.55 |
| 10/17/12 | 11035 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#11,12 | | | | 12.55 | 0.00 |
| | | | Dividend paid  80.38%<br>on $11,882.38;  Claim#<br>11; Filed: $11,882.38 | 7.84 | 7100-000 | | | 0.00 |
| | | | Dividend paid  80.38%<br>on $7,137.37;  Claim#<br>12; Filed: $7,137.37 | 4.71 | 7100-000 | | | 0.00 |
| 01/21/13 | 11032 | Cash Recovery LLC | Dividend paid  80.38% on $47,812.40; Claim# 24; Filed: $47,812.40; Reference: Stopped: check issued on 10/17/12 | | 7100-004 | | -31.55 | 31.55 |
| 01/29/13 | | TRANSFER TO 0001033040088 20130129 | TRANSFER TO 0001033040088 20130129 | | 9999-000 | | ! 31.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 294,560.92 | 294,560.92 | $0.00 |
| | | | Less: Bank Transfers | | | 162,782.64 | 13,424.36 | |
| | | | **Subtotal** | | | 131,778.28 | 281,136.56 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$131,778.28** | **$281,136.56** | |

{} Asset reference(s)    !-Not printed or not transmitted                                   Printed: 03/26/2013 10:18 AM        V.13.13

## Form 2

### Cash Receipts And Disbursements Record

Page: 10

| Case Number: | 09-71071 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | GRAINGER, BRIAN CHARLES | | Bank Name: | The Bank of New York Mellon |
| | GRAINGER, SUSAN CHRISTINE | | Account: | 9200-******98-66 - Checking Account |
| Taxpayer ID #: | **-***9570 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 03/26/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9866 | Wire in from JPMorgan Chase Bank, N.A. account ********9866 | 9999-000 | 303.00 | | 303.00 |
| 05/20/10 | | From Account #9200******9865 | Per Court Order of 5/12 - transfer monies to pay accts. | 9999-000 | 5,316.00 | | 5,619.00 |
| 05/20/10 | 10104 | American National Tax & Payroll | Per Court Order of 5/12/10 - pay accts fees | 3310-000 | | 5,316.00 | 303.00 |
| 06/04/10 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-71071, Bond premium #016018067 Voided on 06/07/10 | 2300-003 | | 132.02 | 170.98 |
| 06/07/10 | 10105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2010 FOR CASE #09-71071, Bond premium #016018067 Voided: check issued on 06/04/10 | 2300-003 | | -132.02 | 303.00 |
| 06/08/10 | | From Account #9200******9865 | balance of bond premium | 9999-000 | 10.15 | | 313.15 |
| 06/08/10 | 10106 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71071, Bond premium #016018067 Voided on 06/08/10 | 2300-003 | | 142.17 | 170.98 |
| 06/08/10 | 10106 | US Bankruptcy Court | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71071, Bond premium #016018067 Voided: check issued on 06/08/10 | 2300-003 | | -142.17 | 313.15 |
| 06/08/10 | 10107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #09-71071, Bond Premium #016018067 | 2300-000 | | 142.17 | 170.98 |
| 06/28/10 | | From Account #9200******9865 | Pay IRS & IL Dept. of Revenue | 9999-000 | 4,983.00 | | 5,153.98 |
| 06/28/10 | 10108 | United States Treasury | 09-taxes re: B. Grainger | 2810-000 | | 2,585.00 | 2,568.98 |
| 06/28/10 | 10109 | Illinois Department of Revenue | pymt of taxes re: B. Grainger | 2820-000 | | 118.00 | 2,450.98 |
| 06/28/10 | 10110 | United States Treasury | pymt of taxes | 2810-000 | | 1,784.00 | 666.98 |
| 06/28/10 | 10111 | Illinois Department of Revenue | pymt of taxes | 2820-000 | | 496.00 | 170.98 |
| 12/09/10 | 10112 | United States Treasury | Tax period 12/31/09 - Form 1041 | 2810-000 | | 15.54 | 155.44 |
| 03/18/11 | | From Account #9200******9865 | Transfer funds to pay accountants | 9999-000 | 2,550.81 | | 2,706.25 |
| 03/18/11 | 10113 | American National Tax & Payroll | Pursuant to 3/16/11 Court Order | 3310-000 | | 2,706.25 | 0.00 |
| 04/04/11 | | From Account #9200******9865 | pymt of IL Dept. of Revenue for 12/09 reporting period | 9999-000 | 50.61 | | 50.61 |
| 04/04/11 | 10114 | Illinois Department of Revenue | Pymt of 12/09 taxes | 2820-000 | | 50.61 | 0.00 |
| 06/01/11 | | From Account #9200******9865 | pay bond premium | 9999-000 | 232.23 | | 232.23 |
| 06/01/11 | | From Account #9200******9865 | balance to pay bond premium | 9999-000 | 0.01 | | 232.24 |

Subtotals :     $13,445.81     $13,213.57

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| Case Number: | 09-71071 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | GRAINGER, BRIAN CHARLES | | Bank Name: | The Bank of New York Mellon |
| | GRAINGER, SUSAN CHRISTINE | | Account: | 9200-******98-66 - Checking Account |
| Taxpayer ID #: | **-***9570 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 03/26/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/01/11 | 10115 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-71071, BOND #016018067 | 2300-000 | | 232.24 | 0.00 |
| 12/22/11 | | From Account #9200******9865 | Per Court Order of 12/21/11 to pay accountants | 9999-000 | 250.00 | | 250.00 |
| 12/22/11 | 10116 | American National Tax & Payroll | Per Court Order of 12/21 to pay accountants | 3310-000 | | 250.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,695.81 | 13,695.81 | $0.00 |
| | | | Less: Bank Transfers | | 13,695.81 | 0.00 | |
| | | | Subtotal | | 0.00 | 13,695.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $13,695.81 | |

{} Asset reference(s)

Printed: 03/26/2013 10:18 AM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 12

| Case Number: | 09-71071 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | GRAINGER, BRIAN CHARLES | | Bank Name: | Rabobank, N.A. |
| | GRAINGER, SUSAN CHRISTINE | | Account: | ****080165 - Checking Account |
| Taxpayer ID #: | **-***9570 | | Blanket Bond: | $820,095.60 (per case limit) |
| Period Ending: | 03/26/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/30/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 31.55 | | 31.55 |
| 01/31/13 | 21036 | United States Bankruptcy Court | unclmd funds #24 | 7100-001 | | 31.55 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 31.55 | 31.55 | $0.00 |
| | | | Less: Bank Transfers | | 31.55 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 31.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $31.55 | |

| Net Receipts : | 308,012.89 |
|---|---|
| Net Estate : | $308,012.89 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****98-65 | 175,945.40 | 0.00 | 0.00 |
| TIA # ***-*****98-19 | 187.51 | 0.00 | 0.00 |
| Checking # ***-*****98-66 | 0.00 | 12,860.75 | 0.00 |
| Checking # 9200-******98-19 | 101.70 | 288.22 | 0.00 |
| Checking # 9200-******98-65 | 131,778.28 | 281,136.56 | 0.00 |
| Checking # 9200-******98-66 | 0.00 | 13,695.81 | 0.00 |
| Checking # ****080165 | 0.00 | 31.55 | 0.00 |
| | $308,012.89 | $308,012.89 | $0.00 |

{} Asset reference(s)

Printed: 03/26/2013 10:18 AM    V.13.13